Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  22−16418−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benjamin Frederick Beideman
   215 Nantucket Rd
   Forked River, NJ 08731−5105

Social Security No.:
   xxx−xx−0378

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

215 Nantucket Road, Forked River, New Jersey 08731.


Dated: October 19, 2022
JAN: wdr

                                                                                             Jeanne Naughton
                                                                                             Clerk