**Benjamin F. Beideman**
**215 Nantucket Road**
**Forked River, NJ 08731-5105**
**609-207-3056**
**b2020@beideman.net**

October 31, 2022

Jeanne A. Naughton
Clerk, United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

In Re: Debtor Benjamin Frederick Beideman
      Petition #: 22-16418-KCF

Dear Ms. Naughton or Designee,

Please find enclosed one original and one copy of the full motion packages, including Exhibits, for the following two Motions that I am filing in the above listed case:

- Motion to Avoid Docketed Judgment and Judicial Lien of Cavalry SPV I LLC as a Preference as to Debtor in a Chapter 7 Case Pursuant to 11 U.S.C. § 522(h) and 11 U.S.C. § 547(b)
- Motion for Sanctions and Damages for Violations of 11 U.S.C. § 362(a) by Creditor Cavalry SPV I LLC

Please note that I have the full packages available in PDF files. If you'd like them to be emailed to you, please contact me at the email above and I'll send them through immediately.

Finally, please find enclosed, as requested, a return envelope with postage applied for the return of the stamped copy of the filed documents.

If you have any questions or require additional information, please contact me as shown above.

Respectfully,

Benjamin F. Beideman