| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV - 3 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| Benjamin F. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-207-3056<br>Email: b2020@beideman.net | |
| In Re:<br><br>Benjamin Frederick Beideman<br><br>Debtor | Case No.: 22-16418-KCF<br><br>Chapter: 7<br><br>Hearing Date: December 6, 2022<br><br>Judge: Kathryn C. Ferguson |

**NOTICE OF MOTION TO AVOID DOCKETED JUDGMENT AND JUDICIAL LIEN OF CAVALRY SPV I LLC AS A PREFERENCE AS TO DEBTOR IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 522(h) AND 11 U.S.C. § 547(b)**

Benjamin Frederick Beideman, Debtor, has filed papers with the Court seeking an Order to Avoid Docketed Judgment and Judicial Lien of Cavalry SPV I LLC as a Preference as to Debtor in a Chapter 7 Case Pursuant to 11 U.S.C. § 522(h) and 11 U.S.C. § 547(b) and for such additional or alternative relief as the Court may direct.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | December 6, 2022 |
| Hearing Time: | 10:00 AM |
| Hearing Location: | U.S. Bankruptcy Court<br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
| Courtroom Number: | 2 |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

| Name and Address of Party | Relationship of Party to the Case |
|---|---|
| Mr. John M. McDonnell<br>McDonnell Crowley<br>115 Maple Ave Ste 201<br>Red Bank, NJ 07701 | Chapter 7 Trustee |
| Benjamin Frederick Beideman<br>215 Nantucket Rd<br>Forked River, NJ 08731 | Debtor |
| Apothaker Scian P.C.<br>520 Fellowship Rd Ste C306<br>PO Box 5496<br>Mt. Laurel, NJ 08054-5496 | Creditor's attorney |
| Cavalry SPV I LLC<br>1 American Ln Ste 220<br>Greenwich, CT 06831-2200 | Creditor |

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 10/31/2022

Signature