# EXHIBIT A

# Superior Court Lawsuit (OCN DC-012250-18)

**FILED**
JEANNE A. NAUGHTON, CLERK

NOV - 3 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## Special Civil Part Case Summary

**Case Number:** OCN DC-012250-18

**Case Caption:** Cavalry Spv I, Llc Vs Beideman Benjamin

| | | | |
|---|---|---|---|
| **Court:** Special Civil Part | **Venue:** Ocean | **Case Initiation Date:** 10/31/2018 | **Age:** 00 YR 00 MO |
| **Case Type:** Contract Dispute | **Case Status:** Closed | **Demand Amount:** $5,883.02 | |
| **Case Track:** | **Judge:** | **Jury Demand:** None | **Disposition Date:** 02/19/2019 |
| **Case Disposition:** Dismissed By Court Without Prejudice | **Statewide Lien:** DJ-78800-22 | | |

### Plaintiffs
### Cavalry Spv I, Llc AKA Synchrony Bank

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** David Jon Apothaker |
| **Address Line 1:** 500 Summit Lake Drive Ste 400 | **Address Line 2:** | **Attorney Bar ID:** 024341983 |
| **City:** Valhalla    **State:** NY | **Zip:** 10595-1340 | **Phone:** |
| **Attorney Email:** EMOCELO@APOTHAKER.COM | | |

### Defendants
### Benjamin Beideman

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** 215 Nantucket Rd | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Forked River    **State:** NJ | **Zip:** 08731-5105 | **Phone:** (609) 207-3056 |
| **Attorney Email:** | | |

### OR
### Beideman    Benjamin

| | | |
|---|---|---|
| **Party Description:** Bank Lvy Prop | | **Attorney Name:** |
| **Address Line 1:** 215 Nantucket Rd | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** Forked River    **State:** NJ | **Zip:** 08731-5105 | **Phone:** |
| **Attorney Email:** | | |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 10/31/2018 | A Complaint for OCN-DC-012250-18 submitted by APOTHAKER, DAVID JON, APOTHAKER SCIAN, PC on behalf of CAVALRY SPV I, LLC against BENJAMIN BEIDEMAN | SCP20182484588 | 10/31/2018 |
| 11/01/2018 | Summons Mailed Notice submitted by Case Management | SCP20182499761 | 11/01/2018 |
| 11/27/2018 | Miscellaneous Document submitted by Court | SCP20182709609 | 11/29/2018 |
| 01/02/2019 | REQUEST TO ENTER DEFAULT JUDGMENT submitted by APOTHAKER, DAVID, JON of APOTHAKER SCIAN, PC on behalf of CAVALRY SPV I, LLC against BENJAMIN BEIDEMAN | SCP20192673 | 01/02/2019 |
| 01/03/2019 | Judgment Notice submitted by Case Management | SCP201913345 | 01/03/2019 |
| 01/23/2019 | REQUEST FOR EXECUTION AGAINST GOODS & CHATTELS submitted by APOTHAKER, DAVID, JON of APOTHAKER SCIAN, PC on behalf of CAVALRY SPV I, LLC against BENJAMIN BEIDEMAN | SCP2019186567 | 01/23/2019 |
| 01/30/2019 | Execution Notice submitted by Case Management | SCP2019241391 | 01/30/2019 |
| 01/30/2019 | WRIT OF EXECUTION AGAINST GOODS AND CHATTELS submitted by Case Management Staff | SCP2019242347 | 01/30/2019 |
| 02/21/2019 | Miscellaneous Document submitted by Court | SCP2019415038 | 02/21/2019 |
| 02/19/2019 | Bankruptcy uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN | SCP2019419336 | 02/21/2019 |
| 02/11/2019 | Miscellaneous Document uploaded by Case Management Staff submitted by BANK RESPONSE | SCP2019448403 | 02/25/2019 |
| 06/06/2022 | REQUEST FOR STATEMENT OF DOCKETING submitted by APOTHAKER, DAVID, JON of APOTHAKER SCIAN, PC on behalf of CAVALRY SPV I, LLC against BENJAMIN BEIDEMAN | SCP20221419166 | 06/06/2022 |
| 06/08/2022 | STATEMENT FOR DOCKETING submitted by Case Management Staff | SCP20221444611 | 06/08/2022 |
| 06/14/2022 | STATEMENT FOR DOCKETING - DJ submitted by Case Management Staff | SCP20221494630 | 06/24/2022 |
| 07/15/2022 | REQUEST FOR WRIT OF EXECUTION AGAINST GOODS AND CHATTEL - DJ submitted by APOTHAKER, DAVID, JON of APOTHAKER SCIAN, PC on behalf of CAVALRY SPV I, LLC against BENJAMIN BEIDEMAN | SCP20221782428 | 07/15/2022 |
| 08/05/2022 | CLERK NOTICE: re: REQUEST FOR WRIT OF EXECUTION AGAINST GOODS AND CHATTEL - DJ [SCP20221782428] -Entered in the Civil Judgment and Order Docket in the Superior Court Clerk's Office. | SCP20221984560 | 08/05/2022 |
| 08/05/2022 | Writ of Execution Against Goods And Chattels submitted by Court | SCP20221984576 | 08/05/2022 |

| | | | |
|---|---|---|---|
| 09/07/2022 | Notice of Bankruptcy submitted by Benjamin Beideman. JEDS EF-1553948 | SCP20222294174 | 09/07/2022 |
| 09/07/2022 | Objection To Execution uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN | SCP20222301325 | 09/08/2022 |
| 09/07/2022 | General Correspondence submitted by Staff | SCP20222301907 | 09/08/2022 |
| 09/16/2022 | Objection to Execution submitted by Benjamin Beideman. JEDS EF-1572091 | SCP20222392440 | 09/16/2022 |
| 09/08/2022 | Miscellaneous Document uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN | SCP20222400785 | 09/19/2022 |
| 09/16/2022 | OBJECTION TO WAGE EXECUTION - DJ uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN | SCP20222426399 | 09/20/2022 |
| 09/30/2022 | Objection to Execution submitted by Benjamin Beideman. JEDS EF-1594285 | SCP20222540083 | 09/30/2022 |
| 09/30/2022 | OBJECTION TO WAGE EXECUTION - DJ uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN | SCP20222554473 | 10/03/2022 |

**STATEWIDE LIEN(S)**

| Judgment Number | Case Status | Status Date |
|---|---|---|
| DJ-78800-22 | OPEN | 06/24/2022 |

Our File No.: 496080
Apothaker Scian P.C.
By: Kimberly F. Scian, Esquire
Attorney I.D. #004951989
520 Fellowship Road Suite C306, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215
Attorneys for Plaintiff

| | |
|---|---|
| CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA, NY 10595-1340<br>          Plaintiff,<br>vs.<br><br>BENJAMIN BEIDEMAN<br>215 NANTUCKET RD<br>FORKED RIVER, NJ 08731-5105<br>          Defendant. | ) SUPERIOR COURT OF NEW JERSEY<br>) LAW DIVISION-SPECIAL CIVIL PART<br>) OCEAN COUNTY<br>)<br>) DOCKET NO.:<br>)<br>)        Civil Action<br>)<br>) COMPLAINT<br>)<br>) |

Plaintiff, CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK, by way of Complaint against defendants says:

### FIRST COUNT

1. Plaintiff sues for the price of goods sold and/or services rendered on a book account.

2. The account number ends in 3820.

3. There is still due on said account the sum of $5,883.02 of which no part has been paid although repeated demands for same have been made and as often refused.

4. The original creditor is Synchrony Bank/Amazon.com.

5. The account was sold by the original creditor to Plaintiff.

6. The current owner of the account is CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK.

7. The defendant's social security number ends in 378.

**WHEREFORE**, Plaintiff demands as damages on this Count for a total of $5,883.02. The Plaintiff requests that the Court award costs to the extent permitted by applicable law.

> Apothaker Scian P.C.
> Attorneys for Plaintiff
> A Law Firm Engaged in Debt Collection
>
> By:   /s/ Kimberly F. Scian, Esquire
>       Kimberly F. Scian, Esquire

DATED: 10/31/2018

## CERTIFICATION PURSUANT TO R.4:5-1

1. Following my initial review of this matter, it appears that there are no other actions or arbitrations related to this suit pending or presently contemplated.

2. Following my initial review of this matter, it appears that there are no other persons who should be joined as parties.

> Apothaker Scian P.C.
> Attorneys for Plaintiff
> A Law Firm Engaged in Debt Collection
>
> By:   /s/ Kimberly F. Scian, Esquire
>       Kimberly F. Scian, Esquire

## CERTIFICATION PURSUANT TO R.1:38-7(b)

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

> Apothaker Scian P.C.
> Attorneys for Plaintiff
> A Law Firm Engaged in Debt Collection
>
> By:   /s/ Kimberly F. Scian, Esquire
>       Kimberly F. Scian, Esquire

DATED: 10/31/2018
Our File No.: 496080