# EXHIBIT B

# Default Judgment

# (VJ-000011-19)

**FILED**
JEANNE A. NAUGHTON CLERK

NOV - 3 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

```
OCEAN SPECIAL CIVIL PART           :
OCEAN COUNTY COURTHOUSE            :
118 WASHINGTON STREET              :
TOMS RIVER NJ 08754                :
(732) 929-2016                     :
                        CV0285     : JANUARY 02, 2019
CASE NUMBER:
  OCN DC-012250-18                 :
CREDITOR(S): CAVALRY SPV I, LL     :
DEBTORS(S):  BEIDEMAN B            : DAVID J APOTHAKER
VJ NUMBER:   000011-19             : APOTHAKER SCIAN, PC
EFFECTIVE DATE: 01/02/2019         : 520 FELLOWSHIP RD STE C306
AMOUNT:           $ 5883.02        : PO BOX 5496
COST:                  82.00       : MT LAUREL NJ
ATTORNEY FEE:         132.66       :
OTHER COST:             0.00       :            08054
CREDITS:                0.00       :
JUDGMENT TOTAL:  $ 6097.68         :
                                   :
                                   :
                                   :
                                   :
                                   :
                                   :
```