# EXHIBIT C

# Docketed Judgment

# (DJ-78800-22)

**FILED**
JEANNE A. NAUGHTON, CLERK

NOV - 3 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

CAVALRY SPV I, LLC, PLAINTIFF

- VS -

BENJAMIN BEIDEMAN, DEFENDANT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION-SPECIAL CIVIL PART

ON (CONTRACT)    dj-078800-22

DOCKET NO.    : OCN DC-012250-18
JUDGMENT NO.  : OCN VJ-000011-19

****** STATEMENT FOR DOCKETING ******

CREDITORS ATTORNEY:

DAVID J. APOTHAKER
APOTHAKER SCIAN, PC
520 FELLOWSHIP RD STE C306
PO BOX 5496
MT LAUREL  NJ  08054

---

JUDGMENT IN THE ABOVE ENTITLED CAUSE WAS ENTERED IN THE OCEAN COUNTY SPECIAL CIVIL PART
IN FAVOR OF:                                   |AGAINST:
   CAVALRY SPV I, LLC                          | BENJAMIN  BEIDEMAN
      OB SYNCHRONY BANK                        |

| | | |
|---|---|---|
| AN EXECUTION WAS ISSUED ON | / / | JUDGMENT DATE         01/02/2019 |
| AND WAS RETURNED ON        | / / | JUDGMENT AMOUNT(*)    $6,097.68 |
| MONIES RECEIVED BY SCP OFFICER | $.00 | POSTJUDGMENT COSTS    $43.00 |
| TOTAL CREDITS              | $.00 | POSTJUDGMENT INTEREST $1.93 |
|                            |      | POSTJUDGMENT CREDITS  $.00 |
|                            |      | TOTAL AMOUNT DUE      $6,142.61 |

(*)INCL COURT COSTS & STATUTORY ATTY FEES)

DATE: 06/08/2022        /S/ Michelle M. Smith
      SEAL              MICHELLE M. SMITH, CLERK OF THE SUPERIOR COURT

===============================================================================

I, THE UNDERSIGNED, AM (ATTORNEY FOR) THE ABOVE          TOTAL JUDGMENT DUE   $   6,142.61
NAMED PLAINTIFF, CERTIFY THAT AT THE PRESENT TIME        DOCKETING FEE        $      35.00
THERE IS DUE UPON THE ABOVE MENTIONED JUDGMENT,          ADDITIONAL COSTS     $       0.00
WHICH IS ABOUT TO BE DOCKETED IN THE SUPERIOR            **NEW CREDITS        $       0.00
COURT OF NEW JERSEY, AS HEREIN SET FORTH. THE TOTAL      NEW INTEREST         $       3.76
JUDGMENT DUE INCLUDES THE 35.00 DOCKETING FEE.           TOTAL JUDGMENT DUE   $   6,181.37
                                                         (BEING A SUM NOT LESS THAN $35.00)

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE
FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

DATE: June 13, 2022                                    /s/ David J. Apothaker, Esquire
**SUBSEQUENT TO LAST EXECUTION, OR JUDGMENT IF NO EXECUTIONS WERE ISSUED