UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Benjamin F. Beideman
215 Nantucket Road
Forked River, NJ 08731
Phone: 609-207-3056
Email: b2020@beideman.net

| | |
|---|---|
| In Re: | Case No.: 22-16418-KCF |
| Benjamin Frederick Beideman | Chapter: 7 |
| | Hearing Date: December 6, 2022 |
| Debtor | Judge: Kathryn C. Ferguson |

**ORDER GRANTING MOTION TO AVOID DOCKETED JUDGMENT AND JUDICIAL LIEN OF CAVALRY SPV I LLC AS A PREFERENCE AS TO DEBTOR IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 522(h) AND 11 U.S.C. § 547(b)**

The relief set forth on the following page is hereby **ORDERED**.

THIS MATTER having been brought to the Court on the motion of the debtor, seeking the Court to enter an Order to Avoid Docketed Judgment and Judicial Lien of Cavalry SPV I LLC as a Preference as to Debtor in a Chapter 7 Case Pursuant to 11 U.S.C. § 522(h) and 11 U.S.C. § 547(b), and for such additional or alternative relief as the Court may direct; and the Court having considered this motion and any objection thereto, if any; and arguments of the parties, if any; and good cause appearing,

it is hereby **ORDERED** that:

1. The following docketed judgment and judicial lien is avoided and cancelled of record:

   a. Creditor:                    Cavalry SPV I LLC as assignee of Synchrony Bank

   b. Debtor:                      Benjamin Beideman

   c. Docketed Judgment No.:  DJ-078800-22

   d. Filing Date:               June 13, 2022

   e. Recording Date:          June 24, 2022;

and it is hereby **ORDERED** that:

2. The Debtor may avoid the above referenced docketed judgment and judicial lien and have same cancelled of record, provided that the debtor is granted a discharge in this Chapter 7 bankruptcy case.