| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>NOV - 3 2022<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| Benjamin F. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-207-3056<br>Email: b2020@beideman.net | |
| In Re:<br><br>Benjamin Frederick Beideman<br><br><br>Debtor | Case No.:      22-16418-KCF<br><br>Chapter:        7<br><br>Hearing Date:  December 6, 2022<br><br>Judge:          Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Benjamin Frederick Beideman, am the Debtor in this case and am representing myself.

2. On November 1, 2022, I sent a copy of the following documents to the parties listed in the chart below:

    ☒ Notice of Motion to Avoid Docketed Judgment and Judicial Lien of Cavalry SPV I LLC as a Preference as to Debtor in a Chapter 7 Case Pursuant to 11 U.S.C. § 522(h) and 11 U.S.C. § 547(b)

    ☒ Certification of Benjamin Frederick Beideman in Support of Motion to Avoid Docketed Judgment and Judicial Lien of Cavalry SPV I LLC as a Preference as to Debtor in a Chapter 7 Case Pursuant to 11 U.S.C. § 522(h) and 11 U.S.C. § 547(b)
    (including referenced Exhibits A, B, and C)

    ☒ Statement as to Why No Brief is Necessary

    ☒ Proposed Order Granting Motion to Avoid Docketed Judgment and Judicial Lien of Cavalry SPV I LLC as a Preference as to Debtor in a Chapter 7 Case Pursuant to 11 U.S.C. § 522(h) and 11 U.S.C. § 547(b)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/1/2022

_____
Benjamin Frederick Beideman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mr. John M. McDonnell<br>McDonnell Crowley<br>115 Maple Ave Ste 201<br>Red Bank, NJ 07701 | Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Apothaker Scian P.C.<br>520 Fellowship Rd Ste C306<br>PO Box 5496<br>Mt. Laurel, NJ 08054-5496 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Cavalry SPV I LLC<br>1 American Ln Ste 220<br>Greenwich, CT 06831-2200 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |