| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV - 3 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| Benjamin F. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-207-3056<br>Email: b2020@beideman.net | |
| In Re:<br>Benjamin Frederick Beideman<br><br>Debtor | Case No.:       22-16418-KCF<br>Chapter:         7<br>Hearing Date:  December 6, 2022<br>Judge:            Kathryn C. Ferguson |

## NOTICE OF MOTION FOR SANCTIONS AND DAMAGES
## FOR VIOLATIONS OF 11 U.S.C. § 362(a) BY CREDITOR CAVALRY SPV I LLC

Benjamin Frederick Beideman, Debtor, has filed papers with the Court for an order to find creditor Cavalry SPV I LLC and their attorney Apothaker Scian P.C. in contempt of court and jointly and severally liable for sanctions and damages for willfully violating 11 U.S.C. § 362(a) pursuant to 11 U.S.C. §§ 105(a) and 362(k)(1), and for such additional or alternative relief as the Court may direct.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

        Hearing Date:        December 6, 2022

        Hearing Time:        10:00 AM

        Hearing Location:    U.S. Bankruptcy Court
                                      Clarkson S. Fisher U.S. Courthouse
                                      402 East State Street
                                      Trenton, NJ 08608

        Courtroom Number:  2

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

| Name and Address of Party | Relationship of Party to the Case |
|---|---|
| Mr. John M. McDonnell<br>McDonnell Crowley<br>115 Maple Ave Ste 201<br>Red Bank, NJ 07701 | Chapter 7 Trustee |
| Benjamin Frederick Beideman<br>215 Nantucket Rd<br>Forked River, NJ 08731 | Debtor |
| Apothaker Scian P.C.<br>520 Fellowship Rd Ste C306<br>PO Box 5496<br>Mt. Laurel, NJ 08054-5496 | Creditor's attorney |
| Cavalry SPV I LLC<br>1 American Ln Ste 220<br>Greenwich, CT 06831-2200 | Creditor |

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 10/31/2022

Signature