# EXHIBIT A

# Superior Court Lawsuit

| Document | Page(s) |
|---|---|
| ~~Complaint~~ | 2-3 |
| Default Judgment (Vicinage) | 4 |
| Request for Statement for Docketing | 5 |
| Request for Docketed Judgment | 6-7 |

**FILED**
JEANNE A. NAUGHTON, CLERK

NOV - 3 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Our File No.: 496080
Apothaker Scian P.C.
By: Kimberly F. Scian, Esquire
Attorney I.D. #004951989
520 Fellowship Road Suite C306, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215
Attorneys for Plaintiff

| | |
|---|---|
| CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA, NY 10595-1340<br>　　　　　Plaintiff,<br>vs.<br>BENJAMIN BEIDEMAN<br>215 NANTUCKET RD<br>FORKED RIVER, NJ 08731-5105<br>　　　　　Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION-SPECIAL CIVIL PART<br>OCEAN COUNTY<br><br>DOCKET NO.:<br><br>Civil Action<br><br>COMPLAINT |

Plaintiff, CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK, by way of Complaint against defendants says:

### FIRST COUNT

1. Plaintiff sues for the price of goods sold and/or services rendered on a book account.

2. The account number ends in 3820.

3. There is still due on said account the sum of $5,883.02 of which no part has been paid although repeated demands for same have been made and as often refused.

4. The original creditor is Synchrony Bank/Amazon.com.

5. The account was sold by the original creditor to Plaintiff.

6. The current owner of the account is CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK.

7. The defendant's social security number ends in 378.

**WHEREFORE**, Plaintiff demands as damages on this Count for a total of $5,883.02. The Plaintiff requests that the Court award costs to the extent permitted by applicable law.

> Apothaker Scian P.C.
> Attorneys for Plaintiff
> A Law Firm Engaged in Debt Collection
>
> By:   /s/ Kimberly F. Scian, Esquire
>        Kimberly F. Scian, Esquire

DATED: 10/31/2018

## CERTIFICATION PURSUANT TO R.4:5-1

1. Following my initial review of this matter, it appears that there are no other actions or arbitrations related to this suit pending or presently contemplated.

2. Following my initial review of this matter, it appears that there are no other persons who should be joined as parties.

> Apothaker Scian P.C.
> Attorneys for Plaintiff
> A Law Firm Engaged in Debt Collection
>
> By:   /s/ Kimberly F. Scian, Esquire
>        Kimberly F. Scian, Esquire

## CERTIFICATION PURSUANT TO R.1:38-7(b)

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

> Apothaker Scian P.C.
> Attorneys for Plaintiff
> A Law Firm Engaged in Debt Collection
>
> By:   /s/ Kimberly F. Scian, Esquire
>        Kimberly F. Scian, Esquire

DATED: 10/31/2018
Our File No.: 496080

```
OCEAN SPECIAL CIVIL PART           :
OCEAN COUNTY COURTHOUSE            :
118 WASHINGTON STREET              :
TOMS RIVER NJ 08754                :
(732) 929-2016                     :
                        CV0285     : JANUARY 02, 2019
CASE NUMBER:
  OCN DC-012250-18                 :
CREDITOR(S): CAVALRY SPV I, LL     :
DEBTORS(S): BEIDEMAN B             : DAVID J APOTHAKER
VJ NUMBER:    000011-19            : APOTHAKER SCIAN, PC
EFFECTIVE DATE: 01/02/2019         : 520 FELLOWSHIP RD STE C306
AMOUNT:          $ 5883.02         : PO BOX 5496
COST:               82.00          : MT LAUREL NJ
ATTORNEY FEE:      132.66          :
OTHER COST:          0.00          :           08054
CREDITS:             0.00          :
JUDGMENT TOTAL: $ 6097.68          :
                                   :
                                   :
                                   :
                                   :
                                   :
```

# APOTHAKER SCIAN P.C.

*Apothaker.com*

ATTORNEYS AT LAW

June 06, 2022

CLERK, SPECIAL CIVIL PART
OCEAN COUNTY
118 WASHINGTON STREET
TOMS RIVER, NJ 08754

RE: CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK v. BENJAMIN BEIDEMAN
DOCKET NO.: DC-012250-18
OUR FILE NO: 496080

Dear Clerk:

Please issue a statement for docketing with regard to the above referenced matter.
Thank you for your anticipated cooperation.

Very truly yours,

Apothaker Scian P.C.

/s/ David J. Apothaker, Esquire
David J. Apothaker, Esquire

/P10

# APOTHAKER SCIAN P.C.

*Apothaker.com*                                          ATTORNEYS AT LAW

June 14, 2022

Judgment Processing Services
Superior Court Clerk's Office
PO Box 971
Trenton, NJ 08625

RE: CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK v. BENJAMIN BEIDEMAN
DOCKET NO.: DC-012250-18
OUR FILE NO: 496080

Dear Clerk:

Attached please find a judgment entered relative to the above captioned matter. Kindly docket said judgment and deduct the fee from our collateral account, number 141601.

Should you have any questions regarding this matter, please feel free to contact me.

Very truly yours,

Apothaker Scian P.C.

/P1
Enclosure

---

520 Fellowship Road Suite C306, PO Box 5496, Mt. Laurel, NJ 08054-5496
800 672.0215   800 757.4928f
856 780.1000   856 780.1020f
215 634.8920   215 634.8421f
TTY 888 245.0243   info@apothaker.com



CAVALRY SPV I, LLC, PLAINTIFF

    - VS -

BENJAMIN BEIDEMAN, DEFENDANT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION-SPECIAL CIVIL PART

ON (CONTRACT)    dj-078800-22

DOCKET NO.    : OCN DC-012250-18
JUDGMENT NO.  : OCN VJ-000011-19

\*\*\*\*\*\* STATEMENT FOR DOCKETING \*\*\*\*\*\*

CREDITORS ATTORNEY:

DAVID J. APOTHAKER
APOTHAKER SCIAN, PC
520 FELLOWSHIP RD STE C306
PO BOX 5496
MT LAUREL  NJ  08054

---

JUDGMENT IN THE ABOVE ENTITLED CAUSE WAS ENTERED IN THE OCEAN COUNTY SPECIAL CIVIL PART
IN FAVOR OF:                                    |AGAINST:
  CAVALRY SPV I, LLC                          | BENJAMIN BEIDEMAN
    OB SYNCHRONY BANK                         |

| | | | |
|---|---|---|---|
| AN EXECUTION WAS ISSUED ON | / / | JUDGMENT DATE | 01/02/2019 |
| AND WAS RETURNED ON | / / | JUDGMENT AMOUNT(*) | $6,097.68 |
| MONIES RECEIVED BY SCP OFFICER | $.00 | POSTJUDGMENT COSTS | $43.00 |
| TOTAL CREDITS | $.00 | POSTJUDGMENT INTEREST | $1.93 |
| | | POSTJUDGMENT CREDITS | $.00 |
| | | TOTAL AMOUNT DUE | $6,142.61 |

(\*)INCL COURT COSTS & STATUTORY ATTY FEES)

DATE: 06/08/2022                    /S/ Michelle M. Smith
    SEAL                          MICHELLE M. SMITH, CLERK OF THE SUPERIOR COURT

===

I, THE UNDERSIGNED, AM (ATTORNEY FOR) THE ABOVE            TOTAL JUDGMENT DUE    $   6,142.61
NAMED PLAINTIFF, CERTIFY THAT AT THE PRESENT TIME          DOCKETING FEE         $      35.00
THERE IS DUE UPON THE ABOVE MENTIONED JUDGMENT,            ADDITIONAL COSTS      $       0.00
WHICH IS ABOUT TO BE DOCKETED IN THE SUPERIOR              \*\*NEW CREDITS         $       0.00
COURT OF NEW JERSEY, AS HEREIN SET FORTH. THE TOTAL        NEW INTEREST          $       3.76
JUDGMENT DUE INCLUDES THE 35.00 DOCKETING FEE.             TOTAL JUDGMENT DUE    $   6,181.37
                                                           (BEING A SUM NOT LESS THAN $35.00)

   I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE
FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

DATE:    June 13, 2022                              /s/ David J. Apothaker, Esquire
\*\*SUBSEQUENT TO LAST EXECUTION, OR JUDGMENT IF NO EXECUTIONS WERE ISSUED