# EXHIBIT B
# Notice of Bankruptcy Case Filing

United States Bankruptcy Court
District of New Jersey

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/15/2022 at 2:05 PM and filed on 08/15/2022.

**Benjamin Frederick Beideman**
215 Nantucket Rd
Forked River, NJ 08731-5105
SSN / ITIN: xxx-xx-0378

The bankruptcy trustee is:

**John Michael McDonnell**
John Michael McDonnell, Ch. 7 Trustee
115 Maple Avenue
Red Bank, NJ 07701
732-383-7233

The case was assigned case number 22-16418-KCF to Judge Kathryn C. Ferguson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, 402 East State Street, Trenton, NJ 08608.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeanne Naughton**
**Clerk, U.S. Bankruptcy Court**
