# EXHIBIT C
# Notice of Levies

| Document | Page(s) |
|---|---|
| 09/01/2022 Envelope | 2 |
| Notice of Levy Upon OceanFirst Bank, NA | 3 |
| Notice of Levy Upon Bank of America, NA | 4 |
| Notice of Levy Upon TD Bank, NA | 5 |
| Notice of Levy Upon Santander Bank, NA | 6 |
| 09/13/2022 Envelope | 7 |
| Notice of Levy Upon Wells Fargo Bank, NA | 8 |
| Notice of Levy Upon Fulton Bank, NA | 9 |
| Notice of Levy Upon Lakeland Bank | 10 |
| 09/15/2022 Envelope | 11 |
| Notice of Levy Upon PNC Bank, NA | 12 |
| Notice of Levy Upon M&T Bank | 13 |
| 09/19/2022 Envelope | 14 |
| Notice of Levy Upon Chase Bank, NA | 15 |



Ocean County Sheriff's Office
P.O. Box 2191
Toms River, New Jersey 08754-2191

BENJAMIN BEIDEMAN, designated defendant
BENJAMIN BEIDEMAN
215 NANTUCKET RD
FORKED RIVER NJ 08731

US POSTAGE
$ 000.81



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

SHERIFF
N. J.
OCEAN COUNTY

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
     Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the OCEANFIRST BANK (HOOPER/TR) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on   8/31  , 20 22  the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date:   7/3  , 20 22

MICHAEL G. MASTRONARDY, SHERIFF



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
        Court Docket #: DJ07880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

   Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $
6246.13 at the BANK OF AMERICA (RT 37 EAST) has been levied upon at the instruction of APOTHAKER
SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be
exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash
and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case.
In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's
compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank
account.

   If the levy is against a bank account, the bank has already been notified to place a hold on your account. However,
the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying
the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim
must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further
proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN
COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address
of the person who ordered this levy is REFERENCED ABOVE.

                    CERTIFICATION OF SERVICE

   I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested
the levy on   8/31  , 20 22  the same day this levy was made. I certify that the foregoing statements made by
me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date:   9/1  , 20 22              MICHAEL G. MASTRONARDY, SHERIFF



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

**TELEPHONE**
732-929-2044

**FAX NUMBER**
(732)-349-1909

**N.J.**

**OCEAN COUNTY**

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $
6246.13 at the TD BANK (HOOPER/TR) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to
satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from
execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal
property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition,
welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's
compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank
account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However,
the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying
the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim
must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further
proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN
COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address
of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested
the levy on _8/31_, 20_22_ the same day this levy was made. I certify that the foregoing statements made by
me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: _9/3_, 20_22_

MICHAEL G. MASTRONARDY, SHERIFF



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
        Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN  BEIDEMAN,designated defendant:
BENJAMIN  BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the SANTANDER BANK/SOVEREIGN BANK(TOMS RIVER/RT.37) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET  ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on __8/31__, 20_22_ the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: __9/3__, 20_22_                    MICHAEL G. MASTRONARDY, SHERIFF



Ocean County Sheriff's Office
P.O. Box 2191
Toms River, New Jersey 08754-2191

To:BENJAMIN BRIDEMAN
BENJAMIN BRIDEMAN
215 NANTUCKET RD
FORKED RIVER, NJ 08731

08731385105 P016

US POSTAGE
ZIP 08753
02 1R
0001593375 SEP 13 2022
$ 000.57



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

**SHERIFF**

**N. J.**

**OCEAN COUNTY**

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
        Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN  BEIDEMAN,designated defendant:
BENJAMIN  BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

    Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $
6246.13 at the WELLS FARGO BANK (TR MAIN) has been levied upon at the instruction of APOTHAKER
SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be
exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash
and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case.
In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's
compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank
account.

    If the levy is against a bank account, the bank has already been notified to place a hold on your account. However,
the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying
the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim
must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further
proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN
COUNTY COURT HOUSE, 118 WASHINGTON STREET  ROOM 121, TOMS RIVER, NJ, 08754. The address
of the person who ordered this levy is REFERENCED ABOVE.

                    CERTIFICATION OF SERVICE

    I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested
the levy on ___9/9___ , 20_22_ the same day this levy was made. I certify that the foregoing statements made by
me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: __9/14__ , 20_22_        _____
                    MICHAEL G. MASTRONARDY, SHERIFF



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
    Court Docket #: DJ07880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the FULTON BANK OF NEW JERSEY has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on _9/9_ , 20_22_, the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: _9/14_ , 20_22_

MICHAEL G. MASTRONARDY, SHERIFF



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

N. J.

OCEAN COUNTY

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
    Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $
6246.13 at the LAKELAND BANK has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy
in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by
Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property,
except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare
benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation
benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However,
the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying
the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim
must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further
proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN
COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address
of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested
the levy on _9/9_, 20_22_, the same day this levy was made. I certify that the foregoing statements made by
me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: _9/14_, 20_22_

MICHAEL G. MASTRONARDY, SHERIFF



Ocean County Sheriff's Office
P.O. Box 2191
Toms River, New Jersey 08754-2191

To: BENJAMIN BRIDMAN designated defendant
BENJAMIN BRIDMAN
218 NANTUCKET RD
FORKED RIVER NJ 08731

08P3185105 PG16

US POSTAGE
$ 000.57°
ZIP 08753
012 W9
0001593734 SEP 15 2022



| MICHAEL G. MASTRONARDY | | TELEPHONE |
|---|---|---|
| SHERIFF | | 732-929-2044 |
| BRIAN J. KLIMAKOWSKI | | FAX NUMBER |
| UNDERSHERIFF | | (732)-349-1909 |
| NILS R. BERGQUIST | | |
| UNDERSHERIFF | | |

**N. J.**

**OCEAN COUNTY**

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
    Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN  BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

 Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the PNC (HOOPER) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

 If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

 I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on 9/13, 2022 the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: 9/15, 2022                    MICHAEL G. MASTRONARDY, SHERIFF



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

**SHERIFF**
**N. J.**
**OCEAN COUNTY**

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
        Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the M&T BANK/HUDSON CITY SAVINGS BANK (BAYVILLE) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on _9/14_, 20_22_, the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: _9/16_, 20_22_          MICHAEL G. MASTRONARDY, SHERIFF



Ocean County Sheriff's Office
P.O. Box 2191
Toms River, New Jersey 08754-2191

Court Docket #: 1791...
To: BENJAMIN BRIDEMAN designated defendant
BENJAMIN BRIDEMAN
215 NANTUCKET RD
POINT PLEASANT, NJ 08742

US POSTAGE
$ 000.57°



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
     Court Docket #: DJ07880022 Sheriff's Docket #:L 928850
To: BENJAMIN BEIDEMAN, designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A), or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the CHASE BANK / BANK OF NEW YORK (MAIN ST) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on ___9/16___, 20_22_ the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will fully false, I am subject to punishment.

Date: _9/21_, 20_22_                            _____
                                                MICHAEL G. MASTRONARDY, SHERIFF