# EXHIBIT D

# Bank Communications


| Document | Page(s) |
| --- | --- |
| OceanFirst Bank, NA – Letter regarding levy execution | 2 |
| *Enclosure:* OCSO – Notice of Service of Writ of Execution | 3 |
| OceanFirst Bank, NA – Transaction History | 4 |
| OceanFirst Bank, NA – Letter regarding levy release | 5 |
| *Enclosure:* Sheriff Office – Letter regarding levy release | 6 |
| Fulton Bank, NA – Transaction History (Checking 2768) | 7 |
| Fulton Bank, NA – Transaction History (Joint Checking 9540) | 8 |
| Chase Bank, NA – Letter regarding levy execution | 9-12 |
| *Enclosure:* OCSO – Notice of Service of Writ of Execution | 13 |
| *Enclosure:* Writ of Execution | 14-18 |
| Chase Bank, NA – Transaction History | 19 |

**OCEANFIRST BANK**

September 1, 2022

Benjamin F Beideman
215 Nantucket Rd
Forked River, NJ 08731-5105

Re: Levy Docket No DJ7880022
Account ending 3409

To Whom it may concern:

Please be advised that OceanFirst Bank has received a Notice of Levy against the above referenced account in the amount of **$6,246.13**. At the time the levy was received the amount of **$510.99** was available in account ending in **3409**. These funds have been removed and placed on hold pending a Turnover Order from the Ocean County Sheriff's Office. A copy is enclosed for your records.

There has also been a bank fee of $125.00 deducted from your account ending 3409.

Any inquiries should be made directly to the Ocean County Sheriff's Office. Please be sure to include the above docket number on all inquiries.

Sincerely,

Christina Fife, VP Internal Support Manager
Ancillary Branch Services/PR

SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF




732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

# Notice of Service of Writ of Execution

To: OCEANFIRST BANK (HOOPER/TR)
975 HOOPER AVENUE
TOMS RIVER,NJ 08753

Sheriff No: L 928850
Docket No: DJ7880022
Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
V.
BENJAMIN BEIDEMAN

---

Take Notice that you have been served with a Writ of Execution by a deputized officer of the Ocean County Sheriff's Office. You are hereby directed to levy upon the following assets belonging to the debtor(s), BENJAMIN BEIDEMAN in the amount of $6246.13 plus any additional interest until date judgment is satisfied.

- [x] Bank Levy on any and all accounts maintained by your bank for the debtor(s) listed above
  LKA:
  SSN or EIN ________ Possible Account No. ANY AND ALL ACCOUNTS

  Please advise this office via fax 732-288-7658 or mail to address below as to accounts status.

- [ ] Personal Property located at ________
- [ ] Real Property located at ________
- [ ] Rent from Tenant(s) located at ________
- [ ] Monies Due to you from ________
- [ ] Vehicle(s), Plate No(s) ________
- [ ] ________

PLEASE LEVY UPON DEFENDANT'S PERCENTAGE OF OWNERSHIP IN ANY/AND OR ALL ACCOUNTS. LKA - 215 NANTUCKER RD.,FORKED RIVER NJ 08731, SS: #[REDACTED]. AMOUNT SOUGHT TO SATISFY: $6,246.13.

**** Advice and Remittances are to be made payable and mailed to:

**Ocean County Sheriff's Office, 120 HOOPER AVENUE, TOMS RIVER, NJ 08754**

****Please include Sheriff's Number L 928850 on your remittance.
If you have any questions, please contact the WRITS department at 732-929-2044.

Date Created 08/30/2022

By an Ocean County Sheriff's Officer

MICHAEL G. MASTRONARDY
Ocean County Sheriff
State of New Jersey

OceanFirst Bank

10/01/2022 05:00 PM

## FREESTYLE CHK *3409

Available** **$511.00**

Current **$511.00**

### September Monthly

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/21/2022 | LEVY RELEASE | $510.99 | |
| 09/01/2022 | SHERIFF LEVY DJ7880022 | -$510.99 | |
| 09/01/2022 | LEVY FEE | -$125.00 | |

** This balance may include overdraft or line of credit funds.




September 21, 2022

Benjamin F Beideman
215 Nantucket Rd
Forked River, NJ 08731-5105

Re: Levy Docket # DJ7880022
Account Ending in 3409

To Whom It May Concern:

Please be advised that OceanFirst Bank has received a release for the funds previously levied on the above referenced account. The amount of **$510.99** has been released back into the above referenced account.

A copy of the release is enclosed for your records, and any inquiries should be made directly to the **Ocean** County Sheriff's Office.

Sincerely,

Christina Fife, VP Internal Support Manager
Ancillary Branch Services/PR

Enclosure

MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF




TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

09/20/2022

OCEANFIRST BANK (HOOPER/TR)

975 HOOPER AVENUE
TOMS RIVER, NJ 08753

RE: Cavalry Spv I, Llc As Assignee Of Synchrony Bank Vs Benjamin Beideman

Docket No. DJ7880022 Sheriff's Docket: L928850

Dear Sir or Madam:

We have been advised by the law firm of Apotheker Scian P.C. to release the levy against Benjamin Beideman's OCEANFIRST BANK (HOOPER/TR) account, as soon as possible.

Officer Joseph Mercadante served this levy on August 31, 2022 in the amount of $6,246.13. You are currently holding $510.99, please release as soon as possible.

Thank you for your cooperation in this matter.

Very truly yours,

MICHAEL G. MASTRONARDY
SHERIFF OF OCEAN COUNTY

Fulton Bank, N.A.

09/30/2022 01:47 PM

## Simply Checking *2768

Available **$547.91**

Current **$547.91**

### September Monthly

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/21/2022 | GARNISHMENT ORDER RELEASE | $547.91 | $547.91 |
| 09/09/2022 | GARNISHMENT ORDER | -$547.91 | $0.00 |
| 09/07/2022 | Deposit: MOBILE DEPOSIT / MOBILE DEPOSIT | $96.76 | $547.91 |

Fulton Bank, N.A.

09/30/2022 01:56 PM

## Joint Interest Checking *9540

Available **$836.46**

Current **$836.46**

### September Monthly

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/21/2022 | GARNISHMENT ORDER RELEASE | $418.23 | $836.46 |
| 09/09/2022 | GARNISHMENT ORDER | -$418.23 | $418.23 |
| 09/09/2022 | Check #995057: CHECK / CHECK | -$240.37 | $836.46 |
| 09/08/2022 | Check #995056: CHECK / CHECK | -$100.00 | $1,076.83 |
| 09/07/2022 | Check #995055: BILL PAYMENT CHECK / BILL PAYMENT CHECK | -$96.76 | $1,176.83 |
| 09/06/2022 | REC PUR COMCAST 8174 / COMCAST 800-COMCAST NJ 097325 REG 1 POS REC | -$39.99 | $1,273.59 |
| 09/02/2022 | INTEREST CREDIT / INTEREST CREDIT | $0.01 | $1,313.58 |
| 09/02/2022 | Check #995058: BILL PAYMENT CHECK / BILL PAYMENT CHECK | -$325.54 | $1,313.57 |
| 09/02/2022 | REC PUR Metromile 8174 / Metromile Insurance 888-2441702 CA 029541 REG 1 POS | -$66.29 | $1,639.11 |

CHASE

RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

Questions?
1-866-578-7022
We accept operator relay calls

00356 COL 802 040 26922 NNNNNNNNNNNN CL1
BENJAMIN BEIDEMAN
215 NANTUCKET RD
FORKED RIVER NJ 08731-5105

September 26, 2022

**Important: Federal/state law required us to place a hold on your Chase account(s), which may include safe deposit box(es)**

Dear BENJAMIN BEIDEMAN:

We recently received the enclosed court order, which either enforces a legal judgment against you or secures a possible judgment in a lawsuit that's been filed against you. As a result, federal or state law required us to immediately place a hold on your Chase account(s). This means that you aren't able to use or withdraw any amount(s) less than or equal to the amount of the hold until the hold is released.

| Date We Placed Hold | Account Number (Last Four Digits) | Amount of Hold* |
|---|---|---|
| 09/26/2022 | 9134 | $1400.00 |

*The hold amount may be greater or less than the balance in your Chase accounts.

We know this situation is difficult because you can't access these funds in your account. Although we're not permitted to give you legal advice, we are providing some information in this letter to explain how your account is affected and to help you understand your options.

**Here's how this affects your account**
The following may apply based on your account type.

The amount that has a hold on it stays in your account, but you cannot use it for withdrawals, payments or any other reason.

Additionally, please note the following:

- If withdrawals are returned because your account doesn't have available funds, we may charge you Overdraft or Insufficient Funds Fee(s).
- We may have disconnected your Overdraft Protection service.
- We may charge you a Legal Processing Fee of $100.00.
- In certain states, you may also be responsible for the bank's fees if we are required to obtain outside counsel.

**Understanding your options**
You may have options to access some funds or to have the hold on your account released. These options are outlined below.

**Getting your money back**

You may be able to reduce the amount of the hold. Federal and state laws protect certain money from being used to pay most judgments or court orders, including:

- Social Security
- Supplemental Security Income (SSI)
- Veterans benefits

Depending on where you live, protected money may also include:

- Funds from public assistance (welfare)
- Alimony or child support
- Unemployment benefits
- Disability benefits
- Public or private pensions
- Workers' compensation benefits

These protections generally don't apply to business accounts. If you think your funds may be protected, contact the judgment creditor's attorney.

**Releasing the hold on your account(s)**
We can only release the hold on your account if we receive a written release of the court order signed by the judgment creditor's attorney or the court. In most situations, you're the only one who can ask the judgment creditor's attorney or the court to release your funds.

If you have questions or would like to request a written release of your funds, please call the judgment creditor's attorney at 1-732-929-2044 or the court at the number on the enclosed order. If they agree to send us a written release, they can mail it to us at the address listed on the first page of this letter.

Otherwise, we're required by law to hold the funds in your account(s) until:

- We send the funds to the issuer as required by law; or
- The hold expiration date, if applicable. If there's a hold expiration date, you'll see it on the enclosed court order. We recommend you review it carefully.

**Getting legal advice**
If you need legal advice, you should consult an attorney. If you're unable to afford a private attorney, you can visit the Legal Services Corporation's website at lsc.gov to find out where to go in your area for help.

**We're here to help**
If you have questions, please call us at 1-866-578-7022. We're here to help you Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 7 p.m. Eastern Time.

Sincerely,

Court Orders and Levies Department

Enclosure

CL1

CHASE

**To:** **Court Orders & Levies**
Company:
Fax: 18666990618
Phone:

**From:** CHASE Branch Location
Fax:
Phone:
E-mail:

**NOTES:**

**Date and time of transmission: 9/16/2022 9:54:34 AM**
**Number of pages including this cover sheet: 8**

# Legal Papers Fax/Scan Cover Sheet

REQUIRED INFORMATION - PLEASE PRINT

| Branch Name | Cost Center | Mail Code |
|---|---|---|
| Market Place at Brick | 004491 | NJ1-4491 |
| **Employee Contact Name** | **Date Accepted** | **Phone No** |
| David Polgardy | 09/16/2022 | 732-477-1012 |
| **Accepting Employee (if different from above)** | **Time Accepted** | **Fax No** |
| | 9:15 AM | 855-322-2224 |
| **Location Where Received (if different from above)** | | **# of pages (including cover page)** |
| | | 7 |
| **Customer Name** | | |
| BENJAMIN BRIDEMAN | | |

| Name of Law Enforcement Officer Serving Docs (if applicable) | Phone No |
|---|---|
| OFFICER SHELTON | 732-929-2044 |

**To:** (Check One Destination)

● **Court Orders & Levies**
**Fax: 866-699-0618**

Document Type (Check one):

- ☐ Bankruptcy Freeze Request
- ☐ Bankruptcy Release Request (for a hold/restraint)
- ☐ Citation to Discover Assets (IL)
- ☐ Garnishment Documents
- ☐ Information Subpoenas/Interrogatories (CT/NJ/NY)
- ■ Levy
- ☐ Liens
- ☐ Receivership Orders
- ☐ Restraining Notice
- ☐ Seizure Warrant/ Seizure Notice (Deposit Accounts only)
- ☐ Temporary Restraining Order
- ☐ Other (List) ______________

○ **HR Legal**
**Fax: 312- 732 -8040**

Document Type (Check one):

- ☐ Wage Claims

○ **National Subpoena Processing**
**Scan and Send to nsp.email.fax@jpmchase.com**

Document Type (Check one):

- ☐ Grand Jury Subpoena
- ☐ Search Warrant (non-Safe Deposit)
- ☐ Subpoena (All Other)
- ☐ Other (List) ______________

○ **Guardianship Review Team**
**Fax: 855-326-5685**

Document Type (Check one):

- ☐ Guardianship Matter

○ **Legal Papers Served (LPS)**
Fax to: 317-757-7421 Type (Check one):

- ☐ Bankruptcy Papers
- ☐ Government Inquiry
- ☐ Litigation Documents
- ☐ Summons/Complaints
- ☐ Orders to Show Cause

**Bankruptcy Papers** (other than a Bankruptcy Freeze Request or Bankruptcy Release Request)
**Scan and Send: bankruptcy.incoming.correspondence@chase.com**

*NOTE:* **To forward information regarding Foreclosures/Sheriff's Sales and Bankruptcy notices [other than a Bankruptcy Freeze Request or Bankruptcy Release Request], refer to your Online Policies and Procedures.**

**Method of Receipt:** (Select One)

■ Hand-delivered ☐ Certified Mail ☐ Regular Mail ☐ Other (describe): ______________

**Instructions for fax deliveries:**

- Upon receipt of document(s) sign, date and record time and branch location in upper right corner of the first page.
- **FAX** all pages of document(s) and checks/cashiers checks immediately to the appropriate area. Validate via eFax that the fax was successful.
  FAX confirmed (initials) ☐
- Print out of confirmation of successful fax is required to be sent when mailing the original documents
  1. Go into the eFax system and click on the sent folder and find the fax details.
  2. Click on the appropriate item and go to the history tab. Click ALT Print Screen and CTRL V to paste details into a word document.
  3. Print out the word document and attach it to the original documents.
- **Mail document(s) the same day to: Court Orders & Levies, LA4-7200** or **National Subpoena Processing, IN1-4054** or **Legal Papers Served, LA4-7100** or **HR Legal, IL1-0287** or **Guardianship Review Team, TX3-7830** or **Bankruptcy Papers, LA4-5599**

*IMPORTANT NOTICE*

The information contained in this transmission is confidential. If you are not the intended recipient, you are strictly prohibited from considering, disseminating or duplicating this communication, and you must immediately return this transmission to us and notify us by telephone. THANK YOU.

N13314 (02/21)

9/16/22 9:15AM

MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

SHERIFF
N. J.
OCEAN COUNTY

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

# Notice of Service of Writ of Execution

To: CHASE BANK / BANK OF NEW YORK (MAIN ST)
24 MAIN ST
TOMS RIVER,NJ 08753

Sheriff No: L 928850
Docket No: DJ07880022
Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
v.
BENJAMIN BEIDEMAN

Take Notice that you have been served with a Writ of Execution by a deputized officer of the Ocean County Sheriff's Office. You are hereby directed to levy upon the following assets belonging to the debtor(s), BENJAMIN BEIDEMAN in the amount of $6246.13 plus any additional interest until date judgment is satisfied.

[✓] Bank Levy on any and all accounts maintained by your bank for the debtor(s) listed above
LKA:
SSN or EIN ______________ Possible Account No. ANY AND ALL ACCOUNTS

Please advise this office via fax 732-288-7658 or mail to address below as to accounts status.

[ ] Personal Property located at ______________

[ ] Real Property located at ______________

[ ] Rent from Tenant(s) located at ______________

[ ] Monies Due to you from ______________

[ ] Vehicle(s), Plate No(s) ______________

[ ] ______________

PLEASE LEVY UPON DEFENDANT'S PERCENTAGE OF OWNERSHIP IN ANY/AND OR ALL ACCOUNTS. LKA - 215 NANTUCKER RD.,FORKED RIVER NJ 08731, SS: [REDACTED]. AMOUNT SOUGHT TO SATISFY: $6,246.13.

**** Advice and Remittances are to be made payable and mailed to:
Ocean County Sheriff's Office, 120 HOOPER AVENUE, TOMS RIVER, NJ 08754

****Please include Sheriff's Number L 928850 on your remittance.
If you have any questions, please contact the WRITS department at 732-929-2044.

Date Created 08/29/2022

By an Ocean County Sheriff's Officer

MICHAEL G. MASTRONARDY
Ocean County Sheriff
State of New Jersey

RCVD OCEAN CO SHERIFF AUG 17 2022 PM2:03

Our File No.: 496080
Apothaker Scian P.C.
By: Kimberly F. Scian, Esquire
Attorney I.D. #004951989
520 Fellowship Road Suite C306, PO Box 5496
Mt. Laurel, NJ 08054-5496
(800) 672-0215 TTY 888 245.0243
Attorneys for Plaintiff

| | |
|---|---|
| CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK<br>Plaintiff, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>OCEAN COUNTY |
| vs. | DOCKET NO.: DC-012250-18; DJ-78800-22 |
| BENJAMIN BEIDEMAN<br>215 NANTUCKET RD<br>FORKED RIVER, NJ 08731-5105<br>Defendant. | Civil Action<br><br>WRIT OF EXECUTION |

**THE STATE OF NEW JERSEY TO THE SHERIFF OF THE COUNTY OF OCEAN**

**WHEREAS**, on 01/02/2019, Judgment was entered by CAVALRY SPV I, LLC, AS ASSIGNEE OF SYNCHRONY BANK, Plaintiff, in an action in the Superior Court of New Jersey, Law Division, OCEAN County, against Defendant, BENJAMIN BEIDEMAN, for $6,097.68 damages, interest and taxed cost of suit; and

WHEREAS, on 06/24/2022 the Judgment was entered in the civil docket of the Superior Court, and there remains due thereon $6177.49.

**THEREFORE, WE COMMAND YOU** that you satisfy the said Judgment out of the personal property of the said Judgment debtor within your County; and if sufficient personal property cannot be found then, subsequent to your levy and only after receipt of an order of the court pursuant to R. 4:59-1(d), out of the real property in your County belonging to the judgment debtor(s) at the time when the judgment was entered or docketed in the office of the Clerk of this Court or at any time thereafter, in whosesoever hands the same may be. Any levy pursuant to this writ shall exclude (1) all funds in an account of the debtor with a bank or other financial institution,

if all deposits into the account during the 90 days immediately prior to service of the writ were electronic deposits, made on a recurring basis, of funds identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law, and (2) all funds deposited electronically in an account of the debtor with a bank or other financial institution during the two months immediately prior to the account review undertaken by the bank or other financial institution in response to the writ that are identifiable by the bank or other financial institution as exempt from execution, levy or attachment under New Jersey or federal law. You shall pay said monies realized by you from such property to David J. Apothaker, Esquire, attorney in this action. Within twenty-four months after the date of its issuance you shall return this execution and your proceedings thereon to the Clerk of the Superior Court of New Jersey at Trenton.

**WE FURTHER COMMAND YOU,** that in case of a sale, you make return of the Writ with your proceedings thereon before said Court and you pay to the Clerk any surplus in your hands within thirty days after said sale.

**Witness, Hon. Robert Lougy, A.J.S.C., Judge of the Superior Court,**

**This 5th day of August 2022.**

**/s/ Michelle M. Smith, Esq.**

**Clerk of the Superior Court**

**Entered in the Records of Executions**

**Issued in the Superior Court Clerk's Office**

ENDORSEMENT

| | |
|---|---|
| Levy Damages: | $6097.68 |
| Additional Costs: | $78.00 |
| Interest Thereon: | $1.81 |
| Credits: | $0.00 |
| Sheriff's Fees: | $ |
| Sheriff's Commissions: | $ |
| Total: | $ |

*"Judgment Amount" includes amount of verdict or settlement, plus pre-judgment court costs, plus any applicable statutory attorney's fee.

Post Judgment Interest applied pursuant to *R.* 4:42-11 has been calculated as **simple interest.** As required by *R.* 4:59-1, attached is the method by which interest has been calculated, taking into account all partial payments made by the defendant.

/s/ Kimberly F. Scian, Esquire
Kimberly F. Scian, Esquire
Attorney for Plaintiff

Dated: June 29, 2022

INTEREST CALCULATION

| Lien Date | Interest Through | Judgment Amount | | Total # Days |
|---|---|---|---|---|
| 06/24/2022 | June 29, 2022 | 6097.68 | | 1274 |
| Year | # Days | Int % | | Interest Amt |
| 2008 | 0 | 7.50 | $ | 0.00 |
| 2009 | 0 | 6.00 | $ | 0.00 |
| 2010 | 0 | 3.50 | $ | 0.00 |
| 2011 | 0 | 2.50 | $ | 0.00 |
| 2012 | 0 | 2.25 | $ | 0.00 |
| 2013 | 0 | 2.25 | $ | 0.00 |
| 2014 | 0 | 2.25 | $ | 0.00 |
| 2015 | 0 | 2.25 | $ | 0.00 |
| 2016 | 0 | 2.25 | $ | 0.00 |
| 2017 | 0 | 2.50 | $ | 0.00 |
| 2018 | 0 | 2.50 | $ | 0.00 |
| 2019 | 0 | 3.50 | $ | 0.00 |
| 2020 | 366 | 4.50 | $ | 0.00 |
| 2021 | 0 | 3.50 | $ | 0.00 |
| 2022 | 5 | 2.25 | $ | 1.81 |
| TOTAL INTEREST ACCRUED | | $ | | 1.81 |

CHASE

Printed from Chase Personal Online

TOTAL CHECKING (...9134)

$1,388.00
Available balance

+$0.00
Deposits this month

-$12.00
Withdrawals this month

$1,388.00
Present balance

 Off
Debit card coverage

## Account activity

SHOWING All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending | AN ACCOUNT HOLD HAS BEEN REMOVED | Other | $1,400.00 | — |
| Oct 5, 2022 | MONTHLY SERVICE FEE | Fee | -$12.00 | $1,388.00 |
| Sep 27, 2022 | Legal Processing Fee | Fee | -$100.00 | $1,400.00 |
| Jan 28, 2021 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $1,500.00 | $1,500.00 |

You've reached the end of your account activity.

