# EXHIBIT E

# 09/02 Letter to Apothaker (with attachments)

| Document | Page(s) |
|---|---|
| Letter to Kimberly F. Scian / Apothaker Scian PC | 2-3 |
| Filed Bankruptcy Petition – Page 1 (Cover) | 4 |
| Filed Bankruptcy Petition – Page 38 (Cavalry SPV I LLC unsecured claim) | 5 |
| Filed Bankruptcy Petition – Page 59 (Listing to Notify Apothaker Scian PC) | 6 |
| Filed Bankruptcy Petition – Page 79 (Listing of Superior Court lawsuit) | 7 |
| Notice of Chapter 7 Bankruptcy Case | 8-10 |
| BNC Certificate of Notice | 11-14 |
| Notice of Bankruptcy Case Filing | 15 |
| Sheriff – Notice of Levy (OceanFirst Bank, NA) | 16 |
| OceanFirst Bank, NA – Letter regarding levy execution | 17 |
| *Enclosure:* Sheriff – Notice of Service of Writ of Execution | 18 |

**Benjamin F. Beideman**
**215 Nantucket Road**
**Forked River, NJ 08731-5105**
**609-207-3056**
**b2020@beideman.net**

September 2, 2022

Kimberly F. Scian, Esquire
Apothaker Scian P.C.
520 Fellowship Road Suite C306
PO Box 5496
Mt. Laurel, NJ 08054-5496

Re:   CAVALRY SPV I, LLC, as assignee of SYNCHRONY BANK
      vs. BENJAMIN BEIDEMAN
      Docket No. DC-012250-18; DJ-78800-22

Dear Kimberly Scian,

The purpose of this letter is to confirm that you have caused a levy against my account at OceanFirst Bank NA, even though there is a current bankruptcy petition pending. This may be a violation of state and/or Federal law, including, but not limited to, the automatic stay at 11 USC § 362.

The bank levy occurred even though you, your client's special purpose entity, and your client's principal entity, were specifically listed in the petition and the Bankruptcy Noticing Center confirms that all were duly noticed at the time of the bankruptcy filing. At the time you received this notice, you should have taken the actions necessary to ensure that any outstanding writ of execution was withdrawn.

For your reference, I am attaching copies of the applicable pages of the items listed below. If you require additional documentation, please refer to the bankruptcy case docket:

- Bankruptcy Case: 22-16418-KCF
- Place of Filing: District of New Jersey
- Date of Filing: August 15, 2022
- Petition Reference to Scheduled Debt: Schedule E/F, Part 2, 4.23 and 4.24
- Petition Reference to Judgment: Form 107 (Part 4)

While I have no evidence that you intended to violate the law, I now must expend time and incur costs to have the levy released. In addition, I need to research what other actions I need to take due to this circumstance, such as the possible need to file amendments to my bankruptcy petition.

At this point, OceanFirst Bank has charged a fee of $125.00 (see attached), which they deducted before they placed my remaining funds on hold. I hereby request that you either cause OceanFirst Bank to bill the fee to you, instead of me, so that after the levy is released, they return my bank balance to what it was before the levy was processed ($636.00), or by paying me the $125.00 fee directly.

Unless the further time and costs incurred in connection with this event are de minimis, I may need to seek recovery of these costs from you. In addition, the Trustee of my bankruptcy estate has rights of his own, including rights which supersede mine in some instances. I have no control over any choices he may make, except to say that I will cooperate fully with any such efforts to the extent that it is required.

Please take the actions necessary to reverse the levy forthwith and keep me apprised of your progress via email at b2020@beideman.net.

If you need any more information, please let me know. Thank you for your anticipated cooperation.

Cordially,

Benjamin F. Beideman

Enclosures

Cc:

John Michael McDonnell, McDonnell Crowley, Bankruptcy Trustee
Clerk of the Superior Court, Law Division, Ocean County, Superior Court of New Jersey
Writs Department, Ocean County Sheriff's Office
Christina Fife, OceanFirst Bank NA

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (If known): _____

Chapter you are filing under:
- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

| Debtor 1 | Debtor 2 |
|---|---|
| Benjamin — First name | First name |
| Frederick — Middle name | Middle name |
| Beideman — Last name | Last name |
| _____ Suffix (Sr., Jr., II, III) | _____ Suffix (Sr., Jr., II, III) |

**2. All other names you have used in the last 8 years**

Include your married or maiden names.

| First name | First name |
| Middle name | Middle name |
| Last Name | Last Name |

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – 0378      xxx – xx – _____

Debtor 1  Benjamin        Frederick       Beiderman                                    Case number (*if known*) _____
          First Name      Middle Name     Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.    **Total claim**

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  Credit card debt

| 4.23 | Cavalry Portfolio Services | Last 4 digits of account number 9291 | $ 6099.00 |

Nonpriority Creditor's Name

1 American Ln Ste 220
Number    Street

When was the debt incurred? 5/19/2018

Greenwich              CT      06831
City                   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  Collection/purchased debt

| 4.24 | Cavalry SPV I LLC | Last 4 digits of account number 9291 | $ 6098.00 |

Nonpriority Creditor's Name

1 American Ln Ste 220
Number    Street

When was the debt incurred? 5/19/2018

Greenwich              CT      06831
City                   State   ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  Collection/purchased debt

| 4.25 | Citibank NA | Last 4 digits of account number 0111 | $ 368.00 |

Nonpriority Creditor's Name

PO Box 6000
Number    Street

When was the debt incurred? 10/20/2015

Sioux Falls            SD      57117
City                   State   ZIP Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply
☐ Contingent

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 10 of 32

Debtor 1   Benjamin           Frederick          Belderman                                    Case number (*if known*) _____
           First Name          Middle Name        Last Name

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Apothaker Scian, PC
Name
520 Fellowship Rd Ste C306
Number   Street

Mt Laurel                NJ      08054
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.23 of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  9291

Apothaker Scian, PC
Name
520 Fellowship Rd Ste C306
Number   Street

Mt Laurel                NJ      08054
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.24 of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  9291

Louis A. Greenfield
Name
PO Box 17210
Number   Street

Golden                   CO      80402
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.39 of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  3003

Law Offices of Hayt, Hayt & Landau LLC
Name
2 Industrial Way W
Number   Street

Eatontown                NJ      07724
City                     State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.16 of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0613

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 31 of 32

| Debtor 1 | Benjamin | Frederick | Beideman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  Capital One Bank USA vs Benjamin Beideman<br><br>Case number  DC-000560-19 | Debt collection suit | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River    NJ    08753<br>City              State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title  Cavalry SPV I LLC vs Benjamin Beideman<br><br>Case number  DC-012250-18 | Debt collection suit (judgment DJ-78800-22) | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River    NJ    08753<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Jefferson Capital Systems vs Benjamin F Beideman<br><br>Case number  DC-005918-20 | Debt collection suit (judgment VJ-5961-20) | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River    NJ    08753<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title  Specialized Loan Servicing LLC vs. Terri L Beideman et al<br><br>Case number  F-020070-18 | Foreclosure (dismissed in 07/2021, fully withdrawn in 07/2022 due to completed mortgage modification) | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River    NJ    08753<br>City              State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Benjamin Frederick Beideman | Social Security number or ITIN: | xxx–xx–0378 |
| | First Name    Middle Name    Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 7    8/15/22 |
| Case number: | 22–16418–KCF | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Benjamin Frederick Beideman | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 215 Nantucket Rd<br>Forked River, NJ 08731–5105 | |
| 4. | Debtor's attorney<br>Name and address | Benjamin Frederick Beideman<br>215 Nantucket Rd<br>Forked River, NJ 08731–5105 | Contact phone _____<br>Email: None |
| 5. | Bankruptcy trustee<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732-383-7233 |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

Case 22-16418-KCF    Doc 22-6    Filed 11/03/22    Entered 11/03/22 15:12:50    Desc
Case 22-16418-KCF    Doc 7    Filed 08/17/22    Entered 08/18/22 00:11:10    Desc Imaged
             Exhibit E    Page 9 of 10
Certificate of Notice    Page 2 of 7

Debtor  **Benjamin Frederick Beideman**                                                   Case number **22-16418-KCF**

| 6. | Bankruptcy clerk's office | 402 East State Street<br>Trenton, NJ 08608 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676-6856 | Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Contact phone 609-858-9333<br><br>Date: 8/15/22 |
| 7. | **Meeting of creditors** | **September 12, 2022 at 09:00 AM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call-in information.** |
| | All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | | |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | File by the deadline to object to discharge or to challenge whether certain debts are dischargeable: | Filing deadline: 11/14/22 |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• If you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**     page 2

United States Bankruptcy Court

District of New Jersey

In re:  
Benjamin Frederick Beideman  
    Debtor

Case No. 22-16418-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Aug 15, 2022      Form ID: 309A      Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Benjamin Frederick Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681494 | + | Advanced Call Center Technologies LLC, 1235 Westlakes Dr Ste 160, Berwyn, PA 19312-2417 |
| 519681495 | + | Allied Interstate LLC, PO Box 19312, Minneapolis, MN 55419-0312 |
| 519681572 | + | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681501 | + | Atlantic Credit & Finance, 111 Franklin Rd SE, Roanoke, VA 24011-2126 |
| 519681576 | + | Blockchain Technology Research Innovations Corpora, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681507 | + | Capital One Bank NA, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519681527 | + | Financial Recovery Services Inc, 1345 Mendota Heights Rd Ste 100, Mendota Heights, MN 55120-1129 |
| 519681529 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 519681531 | + | Intertek USA, 900 Chelmsford St, Lowell, MA 01851-8100 |
| 519681533 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519681575 | + | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519681574 | + | Louis A. Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519681577 | + | Nelson R Beideman Center for Responsible Fisheries, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681551 | + | Polaris Distributing Corporation, PO Box 749, Forked River, NJ 08731-0749 |
| 519681555 | + | Professional Account Management LLC, 633 W Wisconsin Ave Ste 1600, Milwaukee, WI 53203-1920 |
| 519681562 | + | State of New Jersey Office of the Public Defender, 25 Market St, Trenton, NJ 08611-2148 |
| 519681578 | + | Sustainable Swordfish LLC, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681568 | + | TD Bank NA, 357 Kings Hwy N, Cherry Hill, NJ 08034-1013 |
| 519681579 | + | Terri L Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681569 | + | Thomas M Iuso, 334 Pines Lake Dr E, Wayne, NJ 07470-5011 |
| 519681570 | | Trustees of Columbia University, 116th and Broadway, New York, NY 10027 |
| 519681580 | + | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJMMCDONNELLIII.COM | Aug 16 2022 00:43:00 | John Michael McDonnell, John Michael McDonnell, Ch. 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519681500 | + | Email/Text: legal@arsnational.com | Aug 15 2022 20:46:00 | ARS National Services Inc, 270 W 2nd Ave, Escondido, CA 92025-4147 |
| 519681496 | + | EDI: URSI.COM | Aug 16 2022 00:43:00 | Alltran Financial LP, 5800 N Course Dr, Houston, TX 77072-1613 |
| 519681497 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 20:49:06 | American Express, 200 Vesey St, New York, NY |

District/off: 0312-3 | User: admin | Page 2 of 4
Date Rcvd: Aug 15, 2022 | Form ID: 309A | Total Noticed: 67

| | | | |
|---|---|---|---|
| | | | 10285-0002 |
| 519681502 | + EDI: BANKAMER2.COM | Aug 16 2022 00:43:00 | Bank of America NA, 100 N Tyron St, Charlotte, NC 28255-0001 |
| 519681503 | + EDI: TSYS2 | Aug 16 2022 00:43:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681506 | + Email/Text: cms-bk@cms-collect.com | Aug 15 2022 20:46:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519681508 | + EDI: CAPITALONE.COM | Aug 16 2022 00:43:00 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681516 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry Portfolio Services, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681517 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681518 | + EDI: CITICORP.COM | Aug 16 2022 00:43:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519681519 | + Email/Text: mediamanagers@clientservices.com | Aug 15 2022 20:46:00 | Client Services Inc, 3451 Harry S Truman Blvd, St Charles, MO 63301-9816 |
| 519681520 | + Email/Text: ering@cbhv.com | Aug 15 2022 20:46:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 519681521 | + EDI: COMCASTCBLCENT | Aug 16 2022 00:43:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519681522 | + EDI: CONVERGENT.COM | Aug 16 2022 00:43:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519681523 | + EDI: CCS.COM | Aug 16 2022 00:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519681524 | Email/PDF: DellBKNotifications@resurgent.com | Aug 15 2022 20:48:51 | Dell Preferred Account, PO Box 81585, Austin, TX 78708 |
| 519681525 | Email/Text: bankruptcy@dcu.org | Aug 15 2022 20:46:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519681526 | + Email/Text: bknotice@ercbpo.com | Aug 15 2022 20:46:00 | Enhanced Recovery Company, 8041 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 519681528 | + Email/Text: crdept@na.firstsource.com | Aug 15 2022 20:46:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 519681530 | Email/Text: headwaybnc@enova.com | Aug 15 2022 20:46:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519681532 | EDI: JEFFERSONCAP.COM | Aug 16 2022 00:43:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, St Cloud, MN 56303 |
| 519681534 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | LVNV Funding / Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 519681535 | + Email/Text: bknotices@mbandw.com | Aug 15 2022 20:46:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519681536 | ^ MEBN | Aug 15 2022 20:42:05 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519681537 | + Email/Text: Mercury@ebn.phinsolutions.com | Aug 15 2022 20:46:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681539 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 20:46:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681548 | + Email/Text: egssupportservices@alorica.com | Aug 15 2022 20:46:00 | NCO Portfolio Management, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 519681543 | + Email/Text: list-nes-clientservicesreps-all@nes1.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: 309A | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2022 20:46:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519681545 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 15 2022 20:46:00 | Nationwide Credit Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519681546 | + | EDI: NFCU.COM | Aug 16 2022 00:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681549 | ^ | MEBN | Aug 15 2022 20:41:03 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519681550 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 20:46:00 | PNC Bank NA, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 519681552 | | EDI: PRA.COM | Aug 16 2022 00:43:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681556 | + | Email/Text: ngisupport@radiusgs.com | Aug 15 2022 20:46:00 | Radius Global Solutions LLC, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519681557 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519681558 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 15 2022 20:46:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plz Ste 100, Elmsford, NY 10523-1615 |
| 519681559 | + | Email/Text: DeftBkr@santander.us | Aug 15 2022 20:46:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681493 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 15 2022 20:46:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519681563 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 15 2022 20:46:00 | Sunrise Credit Services Inc, 260 Airport Plz, Farmingdale, NY 11735-4021 |
| 519681564 | + | EDI: RMSC.COM | Aug 16 2022 00:43:00 | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681571 | + | Email/Text: BAN5620@UCBINC.COM | Aug 15 2022 20:46:00 | United Collection Bureau Inc, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519681498 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681499 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681573 | *+ | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681504 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681505 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681509 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681510 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681511 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681512 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681513 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681514 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681515 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681538 | *+ | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681540 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681541 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681542 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681544 | *+ | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519681547 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681553 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |

District/off: 0312-3          User: admin          Page 4 of 4

Date Rcvd: Aug 15, 2022          Form ID: 309A          Total Noticed: 67

| | | |
|---|---|---|
| 519681554 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681560 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681561 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681565 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681566 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681567 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2022          Signature:      /s/Gustava Winters

United States Bankruptcy Court
District of New Jersey

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/15/2022 at 2:05 PM and filed on 08/15/2022.

**Benjamin Frederick Beideman**
215 Nantucket Rd
Forked River, NJ 08731-5105
SSN / ITIN: xxx-xx-0378

The bankruptcy trustee is:

**John Michael McDonnell**
John Michael McDonnell, Ch. 7 Trustee
115 Maple Avenue
Red Bank, NJ 07701
732-383-7233

The case was assigned case number 22-16418-KCF to Judge Kathryn C. Ferguson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, 402 East State Street, Trenton, NJ 08608.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Jeanne Naughton
Clerk, U.S. Bankruptcy Court



MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
    Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the OCEANFIRST BANK (HOOPER/TR) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

### CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on __8/31__, 20__22__ the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: __9/3__, 20__22__

MICHAEL G. MASTRONARDY, SHERIFF



September 1, 2022

Benjamin F Beideman
215 Nantucket Rd
Forked River, NJ 08731-5105

Re: Levy Docket No DJ7880022
    Account ending 3409

To Whom it may concern:

Please be advised that OceanFirst Bank has received a Notice of Levy against the above referenced account in the amount of **$6,246.13**. At the time the levy was received the amount of **$510.99** was available in account ending in **3409**. These funds have been removed and placed on hold pending a Turnover Order from the Ocean County Sheriff's Office. A copy is enclosed for your records.

There has also been a bank fee of $125.00 deducted from your account ending 3409.

Any inquiries should be made directly to the Ocean County Sheriff's Office. Please be sure to include the above docket number on all inquiries.

Sincerely,

Christina Fife, VP Internal Support Manager
Ancillary Branch Services/PR

Case 22-16418-KCF    Doc 22-6    Filed 11/02/22    Entered 11/03/22 15:12:50    Desc
Exhibit    Page 18 of 18

| SHERIFF | | |
|---|---|---|
| BRIAN J. KLIMAKOWSKI<br>UNDERSHERIFF<br><br>NILS R. BERGQUIST<br>UNDERSHERIFF | **SHERIFF**<br>**N. J.**<br>**OCEAN COUNTY** | 732-929-2044<br><br>FAX NUMBER<br>(732)-349-1909 |

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

## Notice of Service of Writ of Execution

To: OCEANFIRST BANK (HOOPER/TR)
975 HOOPER AVENUE
TOMS RIVER, NJ 08753

Sheriff No:    L 928850
Docket No:    DJ7880022
Re: CAVALRY SPV I, LLC AS ASSIGNEE OF
     SYNCHRONY BANK
              V.
     BENJAMIN BEIDEMAN

Take Notice that you have been served with a Writ of Execution by a deputized officer of the Ocean County Sheriff's Office. You are hereby directed to levy upon the following assets belonging to the debtor(s), BENJAMIN BEIDEMAN in the amount of $6246.13 plus any additional interest until date judgment is satisfied.

[✓] Bank Levy on any and all accounts maintained by your bank for the debtor(s) listed above
   LKA:
   SSN or EIN _____   Possible Account No. ANY AND ALL ACCOUNTS

Please advise this office via fax 732-288-7658 or mail to address below as to accounts status.

[ ] Personal Property located at _____

[ ] Real Property located at _____

[ ] Rent from Tenant(s) located at _____

[ ] Monies Due to you from _____

[ ] Vehicle(s), Plate No(s) _____

[ ] _____

PLEASE LEVY UPON DEFENDANT'S PERCENTAGE OF OWNERSHIP IN ANY/AND OR ALL ACCOUNTS. LKA - 215 NANTUCKER RD., FORKED RIVER NJ 08731, SS: #▓▓▓▓▓▓▓▓.    AMOUNT SOUGHT TO SATISFY: $6,246.13.

**** Advice and Remittances are to be made payable and mailed to:
   Ocean County Sheriff's Office, 120 HOOPER AVENUE, TOMS RIVER, NJ 08754

****Please include Sheriff's Number L 928850 on your remittance.
If you have any questions, please contact the WRITS department at 732-929-2044.

Date Created  08/30/2022

By an Ocean County Sheriff's Officer

MICHAEL G. MASTRONARDY
Ocean County Sheriff
State of New Jersey