# EXHIBIT F
# Proofs of Notice and Delivery

| Document | Page(s) |
|---|---|
| BNC Certificate of Notice | 2-5 |
| CMRRR / Tracking for Apothaker – 09/02 Letter | 6-7 |
| Email to Ms. Kimberly Scian – 09/02 Letter | 8 |
| eCourts Notification to Apothaker – 09/07 Objection | 9 |
| CMRRR / Tracking for Apothaker – 09/07 Objection | 10-11 |
| CMRRR / Tracking for Cavalry – 09/07 Objection | 12-14 |
| eCourts Notification to Apothaker – Clerk Posting of 09/07 Objection | 15 |
| eCourts Notification to Apothaker – Notice of Exemption Hearing | 16 |
| eCourts Notification to Apothaker – 09/16 Objection | 17 |
| CMRRR / Tracking for Apothaker – 09/16 Objection | 18-19 |
| CMRRR / Tracking for Cavalry – 09/16 Objection | 20-21 |
| eCourts Notification to Apothaker – Clerk Posting of 09/02 Letter | 22 |
| eCourts Notification to Apothaker – Clerk Posting of 09/16 Objection | 23 |
| eCourts Notification to Apothaker – 09/30 Objection | 24 |
| CMRRR / Tracking for Apothaker – 09/30 Objection | 25-26 |
| CMRRR / Tracking for Cavalry – 09/30 Objection | 27-29 |
| eCourts Notification to Apothaker – Clerk Posting of 09/30 Objection | 30 |

United States Bankruptcy Court

District of New Jersey

In re:

Benjamin Frederick Beideman

Debtor

Case No. 22-16418-KCF

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4

Date Rcvd: Aug 15, 2022      Form ID: 309A      Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Benjamin Frederick Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681494 | + | Advanced Call Center Technologies LLC, 1235 Westlakes Dr Ste 160, Berwyn, PA 19312-2417 |
| 519681495 | + | Allied Interstate LLC, PO Box 19312, Minneapolis, MN 55419-0312 |
| 519681572 | + | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681501 | + | Atlantic Credit & Finance, 111 Franklin Rd SE, Roanoke, VA 24011-2126 |
| 519681576 | + | Blockchain Technology Research Innovations Corpora, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681507 | + | Capital One Bank NA, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519681527 | + | Financial Recovery Services Inc, 1345 Mendota Heights Rd Ste 100, Mendota Heights, MN 55120-1129 |
| 519681529 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 519681531 | + | Intertek USA, 900 Chelmsford St, Lowell, MA 01851-8100 |
| 519681533 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519681575 | + | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519681574 | + | Louis A. Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519681577 | + | Nelson R Beideman Center for Responsible Fisheries, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681551 | + | Polaris Distributing Corporation, PO Box 749, Forked River, NJ 08731-0749 |
| 519681555 | + | Professional Account Management LLC, 633 W Wisconsin Ave Ste 1600, Milwaukee, WI 53203-1920 |
| 519681562 | + | State of New Jersey Office of the Public Defender, 25 Market St, Trenton, NJ 08611-2148 |
| 519681578 | + | Sustainable Swordfish LLC, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681568 | + | TD Bank NA, 357 Kings Hwy N, Cherry Hill, NJ 08034-1013 |
| 519681579 | + | Terri L Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681569 | + | Thomas M Iuso, 334 Pines Lake Dr E, Wayne, NJ 07470-5011 |
| 519681570 | | Trustees of Columbia University, 116th and Broadway, New York, NY 10027 |
| 519681580 | + | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL. 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJMMCDONNELLIII.COM | Aug 16 2022 00:43:00 | John Michael McDonnell, John Michael McDonnell, Ch 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519681500 | + | Email/Text: legal@arsnational.com | Aug 15 2022 20:46:00 | ARS National Services Inc, 270 W 2nd Ave, Escondido, CA 92025-4147 |
| 519681496 | + | EDI: URSI.COM | Aug 16 2022 00:43:00 | Alltran Financial LP, 5800 N Course Dr, Houston, TX 77072-1613 |
| 519681497 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 20:49:06 | American Express, 200 Vesey St, New York, NY |

District/off: 0312-3       User: admin       Page 2 of 4

Date Rcvd: Aug 15, 2022       Form ID: 309A       Total Noticed: 67

| | | | |
|---|---|---|---|
| | | | 10285-0002 |
| 519681502 | + EDI: BANKAMER2.COM | Aug 16 2022 00:43:00 | Bank of America NA, 100 N Tyron St, Charlotte, NC 28255-0001 |
| 519681503 | + EDI: TSYS2 | Aug 16 2022 00:43:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681506 | + Email/Text: cms-bk@cms-collect.com | Aug 15 2022 20:46:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519681508 | + EDI: CAPITALONE.COM | Aug 16 2022 00:43:00 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681516 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry Portfolio Services, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681517 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681518 | + EDI: CITICORP.COM | Aug 16 2022 00:43:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519681519 | + Email/Text: mediamanagers@clientservices.com | Aug 15 2022 20:46:00 | Client Services Inc, 3451 Harry S Truman Blvd, St Charles, MO 63301-9816 |
| 519681520 | + Email/Text: ering@cbhv.com | Aug 15 2022 20:46:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 519681521 | + EDI: COMCASTCBLCENT | Aug 16 2022 00:43:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519681522 | + EDI: CONVERGENT.COM | Aug 16 2022 00:43:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519681523 | + EDI: CCS.COM | Aug 16 2022 00:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519681524 | Email/PDF: DellBKNotifications@resurgent.com | Aug 15 2022 20:48:51 | Dell Preferred Account, PO Box 81585, Austin, TX 78708 |
| 519681525 | + Email/Text: bankruptcy@dcu.org | Aug 15 2022 20:46:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519681526 | + Email/Text: bknotice@ercbpo.com | Aug 15 2022 20:46:00 | Enhanced Recovery Company, 8041 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 519681528 | + Email/Text: crdept@na.firstsource.com | Aug 15 2022 20:46:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 519681530 | Email/Text: headwaybnc@enova.com | Aug 15 2022 20:46:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519681532 | EDI: JEFFERSONCAP.COM | Aug 16 2022 00:43:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, St Cloud, MN 56303 |
| 519681534 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | LVNV Funding / Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 519681535 | + Email/Text: bknotices@mbandw.com | Aug 15 2022 20:46:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519681536 | ^ MEBN | Aug 15 2022 20:42:05 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519681537 | + Email/Text: Mercury@ebn.phinsolutions.com | Aug 15 2022 20:46:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681539 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 20:46:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681548 | + Email/Text: egssupportservices@alorica.com | Aug 15 2022 20:46:00 | NCO Portfolio Management, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 519681543 | + Email/Text: list-nes-clientservicesreps-all@nes1.com | | |

District/off: 0312-3  
Date Rcvd: Aug 15, 2022

User: admin  
Form ID: 309A

Page 3 of 4  
Total Noticed: 67

| | | Aug 15 2022 20:46:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
|---|---|---|---|
| 519681545 | + Email/Text: bankruptcydepartment@tsico.com | Aug 15 2022 20:46:00 | Nationwide Credit Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519681546 | + EDI: NFCU.COM | Aug 16 2022 00:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681549 | ^ MEBN | Aug 15 2022 20:41:03 | Northstar Location Services LLC, 4285 Genesee St, Checktowaga, NY 14225-1943 |
| 519681550 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 20:46:00 | PNC Bank NA, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 519681552 | EDI: PRA.COM | Aug 16 2022 00:43:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681556 | + Email/Text: ngisupport@radiusgs.com | Aug 15 2022 20:46:00 | Radius Global Solutions LLC, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519681557 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519681558 | + Email/Text: bkrpt@retrievalmasters.com | Aug 15 2022 20:46:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plz Ste 100, Elmsford, NY 10523-1615 |
| 519681559 | + Email/Text: DeftBkr@santander.us | Aug 15 2022 20:46:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681493 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 15 2022 20:46:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519681563 | + Email/Text: bankruptcy@sunrisecreditservices.com | Aug 15 2022 20:46:00 | Sunrise Credit Services Inc, 260 Airport Plz, Farmingdale, NY 11735-4021 |
| 519681564 | + EDI: RMSC.COM | Aug 16 2022 00:43:00 | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681571 | + Email/Text: BAN5620@UCBINC.COM | Aug 15 2022 20:46:00 | United Collection Bureau Inc, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519681498 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681499 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681573 | *+ | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681504 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681505 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681509 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681510 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681511 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681512 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681513 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681514 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681515 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 51908538 | *+ | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681540 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681541 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681542 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681544 | *+ | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519681547 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681553 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court', Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |

| 519681554 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681560 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681561 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681565 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681566 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681567 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2022                Signature:        /s/Gustava Winters

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee $4.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage    $1.68

Total Postage and Fees    $8.93

Sent To  Apothaker Scian PC
Street and Apt. No., or PO Box No.  500 Fellowship Rd  #C306
City, State, ZIP+4  Mt Laurel NJ 08054

PS Form 3800, April 2015    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Apothaker Scian P
500 Fellowship Rd
#C306
Mt Laurel, NJ 08054

9590 9402 6000 0069 1765 24

2. Article Number (Transfer from service label)
7020 1290 0001 6602 8024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
T Jordan                            9/6/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70201290000166028024

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 7:36 am on September 6, 2022 in MOUNT LAUREL, NJ 08054.

**Delivered**
**Delivered, PO Box**
MOUNT LAUREL, NJ 08054
September 6, 2022, 7:36 am

**In Transit to Next Facility**
September 5, 2022

**Departed USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 3, 2022, 1:37 pm

**Arrived at USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 2, 2022, 6:48 pm

**USPS in possession of item**
FORKED RIVER, NJ 08731
September 2, 2022, 3:12 pm

**Hide Tracking History**

---

## Text & Email Updates                                                    ∧

☑ Confirmation - We Received Your Request
70201290000166028024

 **Gmail**

Benjamin Beideman <b2020@beideman.net>

---

## DC-012250-18; DJ-78800-22 - Demand for release of levy and payment of fees

**Benjamin Beideman** <b2020@beideman.net>                                         Fri, Sep 2, 2022 at 5:29 PM
To: kscian@apothaker.com

Dear Sir or Madam,

Please find attached the following documents:

* Cover letter - demand for release of levy and payment of fees
* Notice of Bankruptcy Filing
* Filed petition - page 1
* Filed petition - page 38, debt listed on schedule
* Filed petition - page 59, attorney listed as interested party
* Filed petition - page 79, judgment listed in Statement of Financial Affairs
* Bankruptcy noticing center - Certificate of Notice listing creditor and attorney
* Ocean County Sheriff's Office - Notice of levy
* OceanFirst Bank NA - Notification of levy

If you require additional documents related to the bankruptcy, they can be found on PACER.

Copies of these documents have been sent via Certified Mail and have also been copied to the Clerk of the Superior Court, the Ocean County Sheriff's Office Writs Department, OceanFirst Bank NA, and the Trustee in my bankruptcy.

If you require additional information, please contact me through this email.  Thank you for your cooperation.

Respectfully,
Benjamin Beideman

---

**9 attachments**

**2022-09-02 BFB - Apothaker Scian PC - Demand for release of levy.pdf**
52K

**2022-08-15 BFB - Filed Petition - Page 59 - Apothaker listing.pdf**
37K

**2022-08-15 BFB - Filed Petition - Page 38 - Cavalry listing.pdf**
54K

**2022-08-15 BFB - Filed Petition - Page 79 - Judgment listing.pdf**
42K

**2022-08-15 BFB - Filed Petition - Page 01 - Cover.pdf**
37K

**2022-08-15 BFB - Notice of Bankruptcy Case Filing.pdf**
147K

**2022-08-31 BFB - Ocean County Sheriffs Office - Writ execution.pdf**
99K

**2022-08-17 BFB - Certificate of Notice.pdf**
56K

**2022-09-01 BFB - OceanFirst Bank - Notice of levy.PDF**
119K

**Superior Court of New Jersey – Ocean County**

The following was filed by Benjamin Beideman on 09/07/2022 at 04:30:32 PM:

| | |
|---|---|
| Case Caption: | Cavalry Spv I Llc Vs Beideman Benjamin |
| Case Number: | OCN-DC-012250-18 |
| Docket Text: | Notice of Bankruptcy has been filed by Benjamin Beideman. JEDS EF-1553948 |
| Transaction ID: | SCP20222294174 |
| JEDS EF ID: | EF-1553948 |

**Notice has been electronically sent to:**

| | | |
|---|---|---|
| Attorney for Plaintiff Cavalry Spv I, Llc | David Apothaker | emocelo@apothaker.com |
| Additional Recipient | BenjaminFrederick Beideman | b2020@beideman.net |
| Additional Recipient | KimberlyF Scian | emocelo@apothaker.com |

**Notice has NOT been electronically sent to:**

| | | |
|---|---|---|
| Defendant | Benjamin Beideman | 215 Nantucket Rd, Forked River, Nj, 08731 |
| Other | Benjamin Beideman | 215 Nantucket Rd, Forked River, Nj, 08731 |

Login to eCourts to view the case jacket. You will need a valid user ID to view the submitted documents.

For questions, please contact the Special Civil Part Division in Ocean County.

This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email.
**Please do not reply to this message.**





# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70201290000166028208

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:16 am on September 12, 2022 in MOUNT LAUREL, NJ 08054.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
MOUNT LAUREL, NJ 08054
September 12, 2022, 6:16 am

**In Transit to Next Facility**

September 11, 2022

**Departed USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 9, 2022, 1:08 pm

**Arrived at USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 8, 2022, 9:35 pm

**Departed Post Office**
FORKED RIVER, NJ 08731
September 8, 2022, 3:11 pm

**USPS in possession of item**
FORKED RIVER, NJ 08731
September 8, 2022, 12:10 pm

**Hide Tracking History**

Text & Email Updates                                            ⌄





# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70201290000166028185

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

We could not access the delivery location to deliver your package at 11:06 am on September 10, 2022 in GREENWICH, CT 06831. We will redeliver on the next delivery day. No action needed.

**Alert**
**No Access to Delivery Location**
GREENWICH, CT 06831
September 10, 2022, 11:06 am

**Departed USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 9, 2022, 1:08 pm

**Arrived at USPS Regional Origin Facility**
TRENTON NJ DISTRIBUTION CENTER
September 8, 2022, 9:35 pm

**Departed Post Office**
FORKED RIVER, NJ 08731
September 8, 2022, 3:11 pm

**USPS in possession of item**
FORKED RIVER, NJ 08731
September 8, 2022, 12:08 pm

**Hide Tracking History**

---

Text & Email Updates     ⌄

---

USPS Tracking Plus®     ⌄

---

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9590940260000069176678

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item departed our USPS facility in WHITE PLAINS NY DISTRIBUTION CENTER on September 13, 2022 at 10:54 pm. The item is currently in transit to the destination.

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

### Moving Through Network
**Departed USPS Regional Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
September 13, 2022, 10:54 pm

**Arrived at USPS Regional Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
September 13, 2022, 10:27 pm

**Return Receipt Associated**
September 8, 2022, 12:08 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**Delivery Instructions** ⌄

---

**USPS Tracking Plus®** ⌄

# SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following was filed by BENJAMIN BEIDEMAN on 09/07/2022:

| | |
|---|---|
| Name:: | CAVALRY SPV I, LLC |
| Name:: | BENJAMIN BEIDEMAN |
| Case Caption: | CAVALRY SPV I, LLC VS BEIDEMAN BENJAMIN |
| Case Number: | OCN DC 012250-18 |
| Docket Text: | Objection To Execution uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN |
| Transaction ID: | SCP202202301325 |

**Notice has been electronically mailed to:**

| Plaintiff Attorney | DAVID JON APOTHAKER | EMOCELO@APOTHAKER.COM |
|---|---|---|

**Notice was not electronically mailed to:**

| Defendant | BEIDEMAN, BENJAMIN | B2020@BEIDEMAN.NET |
|---|---|---|

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue..

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

## SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following was filed by STAFF on 09/07/2022:

| | |
|---|---|
| Plaintiff Name : | CAVALRY SPV I, LLC |
| Defendant Name : | BENJAMIN BEIDEMAN, BENJAMIN BEIDEMAN |
| Case Caption: | CAVALRY SPV I, LLC VS BEIDEMAN BENJAMIN |
| Case Number: | OCN DC 012250-18 |
| Docket Text: | General Correspondence submitted by Staff |
| Transaction ID: | SCP202232301907 |

**Notice has been electronically mailed to:**

| | | |
|---|---|---|
| Plaintiff Attorney | DAVID JON APOTHAKER | EMOCELO@APOTHAKER.COM |
| Defendant | BEIDEMAN, BENJAMIN | B2020@BEIDEMAN.NET |

**Notice was not electronically mailed to:**

| | | |
|---|---|---|
| Other | BENJAMIN BEIDEMAN | 215 NANTUCKET RD, FORKED RIVER, NJ 08731-5105 |

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue.

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**Superior Court of New Jersey – Ocean County**

The following was filed by Benjamin Beideman on 09/16/2022 at 02:32:37 PM:

| | |
|---|---|
| Case Caption: | Cavalry Spv I Llc Vs Beideman Benjamin |
| Case Number: | OCN-DC-012250-18 |
| Docket Text: | Objection to Execution has been filed by Benjamin Beideman. JEDS EF-1572091 |
| Transaction ID: | SCP20222392440 |
| JEDS EF ID: | EF-1572091 |

**Notice has been electronically sent to:**

| | | |
|---|---|---|
| Attorney for Plaintiff Cavalry Spv I, Llc | David Apothaker | emocelo@apothaker.com |
| Defendant | Benjamin Beideman | b2020@beideman.net |

**Notice has NOT been electronically sent to:**

| | | |
|---|---|---|
| Other | Benjamin Beideman | 215 Nantucket Rd, Forked River, Nj, 08731 |

Login to eCourts to view the case jacket. You will need a valid user ID to view the submitted documents.

For questions, please contact the Special Civil Part Division in Ocean County.

This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email.
**Please do not reply to this message.**





# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 70201290000166028239

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 8:39 am on September 19, 2022 in MOUNT LAUREL, NJ 08054.

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
MOUNT LAUREL, NJ 08054
September 19, 2022, 8:39 am

**Available for Pickup**
MOUNT LAUREL, NJ 08054
September 19, 2022, 7:36 am

**Arrived at Post Office**
MOUNT LAUREL, NJ 08054
September 19, 2022, 7:25 am

**Departed USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 19, 2022, 1:43 am

**In Transit to Next Facility**
September 18, 2022

**Arrived at USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 16, 2022, 6:33 pm

**USPS in possession of item**
FORKED RIVER, NJ 08731
September 16, 2022, 3:39 pm

**Hide Tracking History**





# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70201290000166028222

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 9:05 am on September 20, 2022 in GREENWICH, CT 06831.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
GREENWICH, CT 06831
September 20, 2022, 9:05 am

**In Transit to Next Facility**
September 19, 2022

**Departed USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 17, 2022, 1:59 pm

**Arrived at USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
September 16, 2022, 6:33 pm

**USPS in possession of item**
FORKED RIVER, NJ 08731
September 16, 2022, 3:37 pm

**Hide Tracking History**

Text & Email Updates                                                ⌄

USPS Tracking Plus®                                                 ⌄

## SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following was filed by BENJAMIN BEIDEMAN on 09/08/2022:

| | |
|---|---|
| Plaintiff Name : | CAVALRY SPV I, LLC |
| Defendant Name: : | BENJAMIN BEIDEMAN, BENJAMIN BEIDEMAN |
| Case Caption: | CAVALRY SPV I, LLC VS BEIDEMAN BENJAMIN |
| Case Number: | OCN DC 012250-18 |
| Docket Text: | Miscellaneous Document uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN |
| Transaction ID: | SCP2022400785 |

**Notice has been electronically mailed to:**

| | | |
|---|---|---|
| Plaintiff Attorney | DAVID JON APOTHAKER | EMOCELO@APOTHAKER.COM |
| Defendant | BEIDEMAN, BENJAMIN | B2020@BEIDEMAN.NET |

**Notice was not electronically mailed to:**

| | | |
|---|---|---|
| Other | BENJAMIN  BEIDEMAN | 215 NANTUCKET RD, FORKED RIVER, NJ 08731-5105 |

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue..

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

# SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following was filed by BENJAMIN BEIDEMAN on 09/16/2022:

| | |
|---|---|
| Name : | CAVALRY SPV I, LLC |
| Name: : | BENJAMIN BEIDEMAN |
| Case Caption: | CAVALRY SPV I, LLC VS BEIDEMAN BENJAMIN |
| Case Number: | OCN DC 012250-18 |
| Docket Text: | OBJECTION TO WAGE EXECUTION - DJ uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN |
| Transaction ID: | SCP2022426399 |

**Notice has been electronically mailed to:**

| Plaintiff Attorney | DAVID JON APOTHAKER | EMOCELO@APOTHAKER.COM |
|---|---|---|
| Defendant | BEIDEMAN, BENJAMIN | B2020@BEIDEMAN.NET |

**Notice was not electronically mailed to:**

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue..

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

**Superior Court of New Jersey – Ocean County**

The following was filed by Benjamin Beideman on 09/30/2022 at 03:34:04 PM:

| | |
|---|---|
| Case Caption: | Cavalry Spv I Llc Vs Beideman Benjamin |
| Case Number: | OCN-DC-012250-18 |
| Docket Text: | Objection to Execution has been filed by Benjamin Beideman. JEDS EF-1594285 |
| Transaction ID: | SCP20222540083 |
| JEDS EF ID: | EF-1594285 |

**Notice has been electronically sent to:**

| | | |
|---|---|---|
| Attorney for Plaintiff Cavalry Spv I, Llc | David Apothaker | emocelo@apothaker.com |
| Defendant | Benjamin Beideman | b2020@beideman.net |

**Notice has NOT been electronically sent to:**

| | | |
|---|---|---|
| Other | Benjamin Beideman | 215 Nantucket Rd, Forked River, Nj, 08731 |

Login to eCourts to view the case jacket. You will need a valid user ID to view the submitted documents.

For questions, please contact the Special Civil Part Division in Ocean County.

This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email.
**Please do not reply to this message.**


**UNITED STATES**
**POSTAL SERVICE**

October 3, 2022

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8368 9784 6847 7173 51.**

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 3, 2022, 8:04 am |
| **Location:** | MOUNT LAUREL, NJ 08054 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | APOTHAKER SCIAN  PC |

### Recipient Signature

Signature of Recipient:     X _____
                            BRANDON NOOD

Address of Recipient:       _____

Note: Scanned image may reflect a different destination address due to intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Apothaker Scian, PC
520 Fellowship Rd Ste C306
Mt Laurel, NJ 08054

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 94148368978468477117351

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

---

### Latest Update

Your item was picked up at a postal facility at 8:04 am on October 3, 2022 in MOUNT LAUREL, NJ 08054.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
MOUNT LAUREL, NJ 08054
October 3, 2022, 8:04 am

**In Transit to Next Facility**
October 2, 2022

**Departed USPS Regional Facility**
SOUTH JERSEY NJ DISTRIBUTION CENTER
October 1, 2022, 10:10 pm

**Arrived at USPS Regional Facility**
SOUTH JERSEY NJ DISTRIBUTION CENTER
October 1, 2022, 9:39 am

**Accepted at USPS Origin Facility**
FORKED RIVER, NJ 08731
October 1, 2022, 8:24 am

**Shipment Received, Package Acceptance Pending**
FORKED RIVER, NJ 08731
September 30, 2022, 2:28 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**
September 30, 2022

**Hide Tracking History**



**UNITED STATES POSTAL SERVICE**

October 4, 2022

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8368 9784 6847 7028 21**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 4, 2022, 8:55 am |
| **Location:** | GREENWICH, CT 06831 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | CAVALRY SPV I LLC |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Cavalry SPV I LLC
1 American Ln Ste 220
Greenwich, CT 06831

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414836897846847702821

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

---

### Latest Update

Your item was picked up at a postal facility at 8:55 am on October 4, 2022 in GREENWICH, CT 06831.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
GREENWICH, CT 06831
October 4, 2022, 8:55 am

**Available for Pickup**
GREENWICH, CT 06831
October 3, 2022, 10:34 am

**Departed USPS Regional Destination Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
October 2, 2022, 10:04 am

**Arrived at USPS Regional Destination Facility**
WHITE PLAINS NY DISTRIBUTION CENTER
October 1, 2022, 6:17 pm

**Departed USPS Regional Facility**
TRENTON NJ DISTRIBUTION CENTER
October 1, 2022, 1:58 pm

**Arrived at USPS Regional Origin Facility**
TRENTON NJ DISTRIBUTION CENTER
September 30, 2022, 10:23 pm

**Accepted at USPS Origin Facility**
FORKED RIVER, NJ 08731
September 30, 2022, 9:08 pm

**Shipment Received, Package Acceptance Pending**

FORKED RIVER, NJ 08731
September 30, 2022, 2:28 pm

**Pre-Shipment Info Sent to USPS, USPS Awaiting Item**
September 30, 2022

**Hide Tracking History**

---

**Text & Email Updates**                                    ⌄

---

**Return Receipt Electronic**                                ⌄

---

**USPS Tracking Plus®**                                      ⌄

---

**Product Information**                                      ⌄

**See Less ⌃**

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following was filed by BENJAMIN BEIDEMAN on 09/30/2022:

| | |
|---|---|
| Name : | CAVALRY SPV I, LLC |
| Name: | BENJAMIN BEIDEMAN |
| Case Caption: | CAVALRY SPV I, LLC VS BEIDEMAN BENJAMIN |
| Case Number: | OCN DC 012250-18 |
| Docket Text: | OBJECTION TO WAGE EXECUTION - DJ uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN |
| Transaction ID: | SCP20222554473 |

**Notice has been electronically mailed to:**

Plaintiff Attorney      DAVID JON APOTHAKER      EMOCELO@APOTHAKER.COM

**Notice was not electronically mailed to:**

Defendant      BEIDEMAN, BENJAMIN      B2020@BEIDEMAN.NET

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue..

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.