# EXHIBIT G

Cover of Forward to

Clerk of the Superior Court of

09/02 Letter to Apothaker

 **Gmail**

Benjamin Beideman <b2020@beideman.net>

## DC-012250-18; DJ-78800-22 - Demand for release of levy and payment of fees

**Benjamin Beideman** <b2020@beideman.net>                                      Fri, Sep 2, 2022 at 5:43 PM
To: Scco.Mailbox@njcourts.gov

Dear Sir or Madam,

Please be aware of the following message regarding a levy that was executed on my bank account while under active bankruptcy. The message I'm forwarding was sent to counsel for the creditor. This should supply them with everything needed for them to request that the levy be withdrawn. It has been submitted to them via email, fax, and certified postal mail.

I expect they will voluntarily withdraw the levy. However, if the levy is not withdrawn by them, I will be submitting formal notice to the Court objecting to the levy based on the debt being included in the bankruptcy case cited, as well as being personal property in an amount under $1,000, as provided by law.

If you have any questions, please let me know. Thank you for your assistance.

Respectfully,
Benjamin Beideman
[Quoted text hidden]

---

**9 attachments**

- 📄 **2022-09-02 BFB - Apothaker Scian PC - Demand for release of levy.pdf**
  52K

- 📄 **2022-08-15 BFB - Filed Petition - Page 59 - Apothaker listing.pdf**
  37K

- 📄 **2022-08-15 BFB - Filed Petition - Page 38 - Cavalry listing.pdf**
  54K

- 📄 **2022-08-15 BFB - Filed Petition - Page 79 - Judgment listing.pdf**
  42K

- 📄 **2022-08-15 BFB - Filed Petition - Page 01 - Cover.pdf**
  37K

- 📄 **2022-08-15 BFB - Notice of Bankruptcy Case Filing.pdf**
  147K

- 📄 **2022-08-31 BFB - Ocean County Sheriffs Office - Writ execution.pdf**
  99K

- 📄 **2022-08-17 BFB - Certificate of Notice.pdf**
  56K

- 📄 **2022-09-01 BFB - OceanFirst Bank - Notice of levy.PDF**
  119K