# EXHIBIT H

# 09/07 Objection and Exhibits

| Document | Page(s) |
|---|---|
| Certification in Objection to Levy | 2-3 |
| OceanFirst Bank, NA – Letter regarding levy execution | 4 |
| *Enclosure:* Sheriff – Notice of Service of Writ of Execution | 5 |
| Sheriff – Notice of Levy (OceanFirst Bank, NA) | 6 |
| Notice of Chapter 7 Bankruptcy Case | 7-9 |
| BNC Certificate of Notice | 10-13 |
| Notice of Bankruptcy Case Filing | 14 |
| Filed Bankruptcy Petition – Page 1 (Cover) | 15 |
| Filed Bankruptcy Petition – Page 38 (Cavalry SPV I LLC unsecured claim) | 16 |
| Filed Bankruptcy Petition – Page 59 (Listing to Notify Apothaker Scian PC) | 17 |
| Filed Bankruptcy Petition – Page 79 (Listing of Superior Court lawsuit) | 18 |

Benjamin F. Beideman
215 Nantucket Road
Forked River, NJ 08731
Telephone: 609-207-3056
Email: b2020@beideman.net

Superior Court of New Jersey
Law Division, Special Civil Part
County of Ocean
Docket No: DC-012250-18
Judgment No: DJ-78800-22

CAVALRY SPV I, LLC, AS ASSIGNEE
OF SYNCHRONY BANK

                        Plaintiff,

v.

BENJAMIN F. BEIDEMAN,

                        Defendant.

Civil Action

**Certification in Objection to Levy**

On August 31, 2022, my checking account (ending in 3409) at OceanFirst Bank NA was levied in the amount of $510.99 and a bank levy fee of $125.00 was also assessed.

I have been advised by the bank that these funds are on hold pending a Turnover Order from the Ocean County Sheriff's Office.

I object to these funds being turned over to the Plaintiff because I filed for Chapter 7 bankruptcy on August 15, 2022, as evidenced by the supporting documents attached. These documents also establish that the specific debt at issue is included as part of the petition, and that the lawsuit captioned above was also fully disclosed to the Bankruptcy Court in the petition.

Federal law at *11 U.S.C. § 362* operates as an "automatic stay" – that is, an injunction that prohibits most creditor collection activities, including this bank levy. Accordingly, I need not invoke the exception at *N.J.S.A. 2A:17-19*, which would otherwise exempt the full amount of the funds that are on hold.

I request that OceanFirst Bank NA be directed to return the funds to me. I further request that, should the bank continue to assess the levy fee of $125.00, that the fee be paid by Plaintiff, as they were made aware of the bankruptcy filing with adequate time to stop the levy from occurring. The continued withholding of those funds may be a violation of Federal law.

In the interest of full disclosure to the Court, I advise that these funds were subject to a previous levy and a previous bankruptcy petition. On February 11, 2019, other funds were levied at my previous bank as a result of the above captioned case for the Plaintiff. This resulted in me immediately filing for Chapter 7 bankruptcy on February 19, 2019. Upon the Court's notification of the bankruptcy, Glenn Mass, Court Officer of the Special Civil Part instructed that bank to release the funds. This sequence of events is reflected in the record. However, ultimately that bankruptcy was not eligible for a discharge of debts and instead it resulted in a dismissal in early 2020.

Provided my financial condition did not improve (which it has not), I intended to refile for bankruptcy after the period elapsed such that I would be eligible for a discharge. The COVID-19 pandemic slowed down my filing. However, once I saw that the Court issued a writ of execution on August 5, 2022, I knew that a levy was imminent, so I immediately prepared my petition and filed it on August 15, 2022.

| Certification in Objection to Levy | Docket Numbers: DC-012250-18 / DJ-78800-22 |
|---|---|

Despite this filing occurring two weeks before levy was executed, and even though Plaintiff and counsel were both duly noticed, Plaintiff did not withdraw the writ, which would have negated the need for this Certification or further process.

Of course, should the debt at issue not be discharged by the active bankruptcy filing, once the automatic stay is no longer in effect, Plaintiff will have the opportunity to then pursue a levy.

I certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I also certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule 1:38-7(b)*.

_____        9/7/2022
Defendant                          Date

## Certification of Service

I certify that on **September 7, 2022**, I sent a copy of all of the supporting documentation and forms in support of this Objection to the bank account levy to the Court, as well as the following parties:

Plaintiff: **via certified mail, return receipt requested and email**
**Cavalry SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563**
email: **bankruptcy@cavps.com**

Attorney for Plaintiff: **via certified mail, return receipt requested and email**
**Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410**
email: **kscian@apothaker.com**

_____        9/7/2022
Benjamin F. Beideman              Date


# OceanFirst
BANK

September 1, 2022

Benjamin F Beideman
215 Nantucket Rd
Forked River, NJ 08731-5105

Re: Levy Docket No DJ7880022
    Account ending 3409

To Whom it may concern:

Please be advised that OceanFirst Bank has received a Notice of Levy against the above referenced account in the amount of **$6,246.13**. At the time the levy was received the amount of **$510.99** was available in account ending in **3409**. These funds have been removed and placed on hold pending a Turnover Order from the Ocean County Sheriff's Office. A copy is enclosed for your records.

There has also been a bank fee of $125.00 deducted from your account ending 3409.

Any inquiries should be made directly to the Ocean County Sheriff's Office. Please be sure to include the above docket number on all inquiries.

Sincerely,

Christina Fife, VP Internal Support Manager
Ancillary Branch Services/PR

OceanFirst Bank N.A. • 975 Hooper Avenue • Toms River, NJ 08753 • 1.888.623.2633 • oceanfirst.com • NASDAQ: OCFC

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF



**N.J. OCEAN COUNTY**

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

## Notice of Service of Writ of Execution

To: OCEANFIRST BANK (HOOPER/TR)
975 HOOPER AVENUE
TOMS RIVER, NJ 08753

Sheriff No: L 928850
Docket No: DJ7880022
Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
V.
BENJAMIN BEIDEMAN

Take Notice that you have been served with a Writ of Execution by a deputized officer of the Ocean County Sheriff's Office. You are hereby directed to levy upon the following assets belonging to the debtor(s), BENJAMIN BEIDEMAN in the amount of $6246.13 plus any additional interest until date judgment is satisfied.

☒ Bank Levy on any and all accounts maintained by your bank for the debtor(s) listed above
   LKA:
   SSN or EIN _____   Possible Account No. ANY AND ALL ACCOUNTS

Please advise this office via fax 732-288-7658 or mail to address below as to accounts status.

☐ Personal Property located at _____
☐ Real Property located at _____
☐ Rent from Tenant(s) located at _____
☐ Monies Due to you from _____
☐ Vehicle(s), Plate No(s) _____
☐ _____

PLEASE LEVY UPON DEFENDANT'S PERCENTAGE OF OWNERSHIP IN ANY/AND OR ALL ACCOUNTS. LKA - 215 NANTUCKER RD., FORKED RIVER NJ 08731, SS: ▮▮▮▮▮▮▮. AMOUNT SOUGHT TO SATISFY: $6,246.13.

**** Advice and Remittances are to be made payable and mailed to:
   **Ocean County Sheriff's Office, 120 HOOPER AVENUE, TOMS RIVER, NJ 08754**

****Please include Sheriff's Number L 928850 on your remittance.
If you have any questions, please contact the WRITS department at 732-929-2044.

Date Created 08/30/2022

By an Ocean County Sheriff's Officer

MICHAEL G. MASTRONARDY
Ocean County Sheriff
State of New Jersey

MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF



TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
    Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the OCEANFIRST BANK (HOOPER/TR) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

### CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on ___8/3/___, 20_22_ the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: ___9/3___, 20_22_      _____
                                      MICHAEL G. MASTRONARDY, SHERIFF

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1: | Benjamin Frederick Beideman | | Social Security number or ITIN: | xxx–xx–0378 |
| | First Name    Middle Name    Last Name | | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | District of New Jersey | | Date case filed for chapter: | 7    8/15/22 |
| Case number: | 22-16418-KCF | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Benjamin Frederick Beideman | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 215 Nantucket Rd Forked River, NJ 08731-5105 | |
| 4. | Debtor's attorney Name and address | Benjamin Frederick Beideman 215 Nantucket Rd Forked River, NJ 08731-5105 | Contact phone _____ Email: None |
| 5. | Bankruptcy trustee Name and address | John Michael McDonnell John Michael McDonnell, Ch. 7 Trustee 115 Maple Avenue Red Bank, NJ 07701 | Contact phone 732-383-7233 |

Case 22-16418-KCF    Doc 22-2    Filed 11/08/22    Entered 11/03/22 15:22:50    Desc
Case 22-16418-KCF    Doc 7    Filed 08/17/22    Entered 08/18/22 00:11:10    Desc Imaged
Certificate of Notice    Page 2 of 7

Debtor Benjamin Frederick Beldeman                                                    Case number 22-16418-KCF

| 6. Bankruptcy clerk's office | 402 East State Street | Hours open: 8:30 AM – 4:00 p.m., |
| --- | --- | --- |
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676-6856 | Trenton, NJ 08608 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Monday – Friday (except holidays) Contact phone 609-858-9333 Date: 8/15/22 |
| 7. Meeting of creditors Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | September 12, 2022 at 09:00 AM The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call-in information. |
| 8. Presumption of abuse If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. Deadlines The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | File by the deadline to object to discharge or to challenge whether certain debts are dischargeable: You must file a complaint: • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). You must file a motion: • if you assert that the discharge should be denied under § 727(a)(8) or (9). **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | Filing deadline: 11/14/22 |
| | Deadline to object to exemptions: The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| 10. Proof of claim Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    page 2

United States Bankruptcy Court

District of New Jersey

In re:  
Benjamin Frederick Beideman  
    Debtor

Case No. 22-16418-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Aug 15, 2022      Form ID: 309A      Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Benjamin Frederick Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681494 | + | Advanced Call Center Technologies LLC, 1235 Westlakes Dr Ste 160, Berwyn, PA 19312-2417 |
| 519681495 | + | Allied Interstate LLC, PO Box 19312, Minneapolis, MN 55419-0312 |
| 519681572 | + | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681501 | + | Atlantic Credit & Finance, 111 Franklin Rd SE, Roanoke, VA 24011-2126 |
| 519681576 | + | Blockchain Technology Research Innovations Corpora, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681507 | + | Capital One Bank NA, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519681527 | + | Financial Recovery Services Inc, 1345 Mendota Heights Rd Ste 100, Mendota Heights, MN 55120-1129 |
| 519681529 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 519681531 | + | Intertek USA, 900 Chelmsford St, Lowell, MA 01851-8100 |
| 519681533 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519681575 | + | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519681574 | + | Louis A. Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519681577 | + | Nelson R Beideman Center for Responsible Fisheries, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681551 | + | Polaris Distributing Corporation, PO Box 749, Forked River, NJ 08731-0749 |
| 519681555 | + | Professional Account Management LLC, 633 W Wisconsin Ave Ste 1600, Milwaukee, WI 53203-1920 |
| 519681562 | + | State of New Jersey Office of the Public Defender, 25 Market St, Trenton, NJ 08611-2148 |
| 519681578 | + | Sustainable Swordfish LLC, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681568 | + | TD Bank NA, 357 Kings Hwy N, Cherry Hill, NJ 08034-1013 |
| 519681579 | + | Terri L Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681569 | + | Thomas M Iuso, 334 Pines Lake Dr E, Wayne, NJ 07470-5011 |
| 519681570 | | Trustees of Columbia University, 116th and Broadway, New York, NY 10027 |
| 519681580 | + | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJMMCDONNELLJJI.COM | Aug 16 2022 00:43:00 | John Michael McDonnell, John Michael McDonnell, Ch. 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519681500 | + | Email/Text: legal@arsnational.com | Aug 15 2022 20:46:00 | ARS National Services Inc, 270 W 2nd Ave, Escondido, CA 92025-4147 |
| 519681496 | + | EDI: URSI.COM | Aug 16 2022 00:43:00 | Alltran Financial LP, 5800 N Course Dr, Houston, TX 77072-1613 |
| 519681497 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 20:49:06 | American Express, 200 Vesey St, New York, NY |

| | | | | |
|---|---|---|---|---|
| District/off: 0312-3 | | User: admin | | Page 2 of 4 |
| Date Rcvd: Aug 15, 2022 | | Form ID: 309A | | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | | 10285-0002 |
| 519681502 | + EDI: BANKAMER2.COM | Aug 16 2022 00:43:00 | Bank of America NA, 100 N Tyron St, Charlotte, NC 28255-0001 |
| 519681503 | + EDI: TSYS2 | Aug 16 2022 00:43:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681506 | + Email/Text: cms-bk@cms-collect.com | Aug 15 2022 20:46:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519681508 | + EDI: CAPITALONE.COM | Aug 16 2022 00:43:00 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681516 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry Portfolio Services, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681517 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681518 | + EDI: CITICORP.COM | Aug 16 2022 00:43:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519681519 | + Email/Text: mediamanagers@clientservices.com | Aug 15 2022 20:46:00 | Client Services Inc, 3451 Harry S Truman Blvd, St Charles, MO 63301-9816 |
| 519681520 | + Email/Text: ering@cbhv.com | Aug 15 2022 20:46:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 519681521 | + EDI: COMCASTCBLCENT | Aug 16 2022 00:43:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519681522 | + EDI: CONVERGENT.COM | Aug 16 2022 00:43:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519681523 | + EDI: CCS.COM | Aug 16 2022 00:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519681524 | Email/PDF: DellBKNotifications@resurgent.com | Aug 15 2022 20:48:51 | Dell Preferred Account, PO Box 81585, Austin, TX 78708 |
| 519681525 | Email/Text: bankruptcy@dcu.org | Aug 15 2022 20:46:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519681526 | + Email/Text: bknotice@ercbpo.com | Aug 15 2022 20:46:00 | Enhanced Recovery Company, 8041 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 519681528 | + Email/Text: crdept@na.firstsource.com | Aug 15 2022 20:46:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 519681530 | Email/Text: headwaybnc@enova.com | Aug 15 2022 20:46:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519681532 | EDI: JEFFERSONCAP.COM | Aug 16 2022 00:43:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, St Cloud, MN 56303 |
| 519681534 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | LVNV Funding / Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 519681535 | + Email/Text: bknotices@mbandw.com | Aug 15 2022 20:46:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519681536 | ^ MEBN | Aug 15 2022 20:42:05 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519681537 | + Email/Text: Mercury@ebn.phinsolutions.com | Aug 15 2022 20:46:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681539 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 20:46:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681548 | + Email/Text: egssupportservices@alorica.com | Aug 15 2022 20:46:00 | NCO Portfolio Management, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 519681543 | + Email/Text: list-nes-clientservicesreps-all@nes1.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: 309A | Total Noticed: 67 |

| | | | Aug 15 2022 20:46:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
|---|---|---|---|---|
| 519681545 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 15 2022 20:46:00 | Nationwide Credit Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519681546 | + | EDI: NFCU.COM | Aug 16 2022 00:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681549 | ^ | MEBN | Aug 15 2022 20:41:03 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519681550 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 20:46:00 | PNC Bank NA, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 519681552 | | EDI: PRA.COM | Aug 16 2022 00:43:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681556 | + | Email/Text: ngisupport@radiusgs.com | Aug 15 2022 20:46:00 | Radius Global Solutions LLC, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519681557 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519681558 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 15 2022 20:46:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plz Ste 100, Elmsford, NY 10523-1615 |
| 519681559 | + | Email/Text: DeftBkr@santander.us | Aug 15 2022 20:46:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681493 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 15 2022 20:46:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519681563 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 15 2022 20:46:00 | Sunrise Credit Services Inc, 260 Airport Plz, Farmingdale, NY 11735-4021 |
| 519681564 | + | EDI: RMSC.COM | Aug 16 2022 00:43:00 | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681571 | + | Email/Text: BAN5620@UCBINC.COM | Aug 15 2022 20:46:00 | United Collection Bureau Inc, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519681498 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681499 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681573 | *+ | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681504 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681505 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681509 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681510 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681511 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681512 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681513 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681514 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681515 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681538 | *+ | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681540 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681541 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681542 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681544 | *+ | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519681547 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681553 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |

District/off: 0312-3                                User: admin                                Page 4 of 4
Date Rcvd: Aug 15, 2022                    Form ID: 309A                    Total Noticed: 67

| | | |
|---|---|---|
| 519681554 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681560 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681561 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681565 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681566 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681567 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022                          Signature:          /s/Gustava Winters

United States Bankruptcy Court
District of New Jersey

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/15/2022 at 2:05 PM and filed on 08/15/2022.

**Benjamin Frederick Beideman**
215 Nantucket Rd
Forked River, NJ 08731-5105
SSN / ITIN: xxx-xx-0378

The bankruptcy trustee is:

**John Michael McDonnell**
John Michael McDonnell, Ch. 7 Trustee
115 Maple Avenue
Red Bank, NJ 07701
732-383-7233

The case was assigned case number 22-16418-KCF to Judge Kathryn C. Ferguson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, 402 East State Street, Trenton, NJ 08608.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeanne Naughton**
**Clerk, U.S. Bankruptcy Court**

| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| District of New Jersey | | |
| Case number (If known): | Chapter you are filing under:<br>☑ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Check if this is an amended filing |

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Benjamin<br>First name<br>Frederick<br>Middle name<br>Beideman<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last Name | First name<br><br>Middle name<br><br>Last Name |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx - xx - 0378 | xxx - xx - |

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 1

Debtor 1 | Benjamin | Frederick | Beiderman | Case number (if known) _____
---|---|---|---|---
 | First Name | Middle Name | Last Name | 

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. **Total claim**

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit card debt

| 4.23 | Cavalry Portfolio Services | Last 4 digits of account number 9291 | $ 6099.00 |
|---|---|---|---|

Nonpriority Creditor's Name

1 American Ln Ste 220
Number  Street

When was the debt incurred? 5/19/2018

Greenwich     CT    06831
City          State  ZIP Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection/purchased debt

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

| 4.24 | Cavalry SPV I LLC | Last 4 digits of account number 9291 | $ 6098.00 |
|---|---|---|---|

Nonpriority Creditor's Name

1 American Ln Ste 220
Number  Street

When was the debt incurred? 5/19/2018

Greenwich     CT    06831
City          State  ZIP Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection/purchased debt

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

| 4.25 | Citibank NA | Last 4 digits of account number 0111 | $ 368.00 |
|---|---|---|---|

Nonpriority Creditor's Name

PO Box 6000
Number  Street

When was the debt incurred? 10/20/2015

Sioux Falls    SD    57117
City           State  ZIP Code

As of the date you file, the claim is: Check all that apply
☐ Contingent

Who incurred the debt? Check one.

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 10 of 32

| Debtor 1 | Benjamin | Frederick | Beiderman | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Apothaker Scian, PC**
Name

520 Fellowship Rd Ste C306
Number    Street

Mt Laurel          NJ    08054
City               State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.23 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9291

---

**Apothaker Scian, PC**
Name

520 Fellowship Rd Ste C306
Number    Street

Mt Laurel          NJ    08054
City               State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.24 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9291

---

**Louis A. Greenfield**
Name

PO Box 17210
Number    Street

Golden             CO    80402
City               State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.39 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3003

---

**Law Offices of Hayt, Hayt & Landau LLC**
Name

2 Industrial Way W
Number    Street

Eatontown          NJ    07724
City               State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.16 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0613

---

Debtor 1  Benjamin     Frederick       Beideman                                    Case number (*if known*)
          First Name   Middle Name     Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.
   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Capital One Bank USA vs Benjamin Beideman**<br><br>Case number **DC-000560-19** | Debt collection suit | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River        NJ    08753<br>City              State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **Cavalry SPV I LLC vs Benjamin Beideman**<br><br>Case number **DC-012250-18** | Debt collection suit (judgment DJ-78800-22) | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River        NJ    08753<br>City              State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Jefferson Capital Systems vs Benjamin F Beideman**<br><br>Case number **DC-005918-20** | Debt collection suit (judgment VJ-5961-20) | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River        NJ    08753<br>City              State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title **Specialized Loan Servicing LLC vs. Terri L Beideman et al**<br><br>Case number **F-020070-18** | Foreclosure (dismissed in 07/2021, fully withdrawn in 07/2022 due to completed mortgage modification) | Ocean County Superior Court<br>Court Name<br>120 Hooper Ave<br>Number    Street<br><br>Toms River        NJ    08753<br>City              State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 6