# EXHIBIT I

# Notice of Exemption Hearing

# SUPERIOR COURT OF NEW JERSEY
# OCEAN VICINAGE

**JILL VITO**
TRIAL COURT ADMINISTRATOR

**STEPHANIE HUDSON**
CIVIL DIVISION MANAGER

**JILLIAN ACKERMAN**
ASSISTANT CIVIL DIVISION MANAGER



Civil Case Intake
118 Washington Street, RM. 121
Toms River, N.J. 08754
732-504-0700

Civil Case Processing
206 Courthouse Lane
Toms River, N.J. 08754
732-504-0700

Mailing address:
Civil Finance Office
P.O. Box 2191
Toms River, N.J. 08754

Notice of Exemption Hearing

9/8/22

To: Benjamin Beideman

**Docket # DJ-078800-22/DC-012250-18**

Case Title: CAVALRY SPV I LLC V BEIDMAN

Please be advised that an **exemption hearing** on this matter is scheduled before the Honorable Craig L. Wellerson **10/21/22 @ 9:00 AM.**

Please contact Judge Wellerson's law clerk at 732-504-0700 ext 64402 for further instructions for appearing via phone conference. Please be prepared with proofs (e.g. bank statements, bankruptcy, disability etc) to support the exemption request.

*Also please provide email address and phone for court to contact you*—**Call the clerk below with information prior to hearing as your letter did not contain any contact information we are sending to last known address.**

Sincerely,

Cheryl
Ocean County Superior Court - Law Division
(732) 504-0700 ext 64370


CC: Apothaker Scian PC via ecourts
    Benjamin Beideman via ecourts & regular mail