# EXHIBIT J

# 09/16 Objection and Exhibits

| Document | Page(s) |
|---|---|
| Certification in Opposition to Additional Levy Executions | 2-5 |
| Exhibit A – Filed Bankruptcy Petition (relevant pages only) | 6-10 |
| Exhibit B – Notice of Bankruptcy Case Filing | 11-12 |
| Exhibit C – BNC Certificate of Notice | 13-20 |
| Exhibit D – 09/02 Letter to Apothaker Scian PC | 21-23 |
| Exhibit E – CMRRR from 09/02 Letter to Apothaker Scian PC | 24-25 |
| Exhibit F – eCourts Notification to Apothaker of 09/07 Objection Filing | 26-27 |
| Exhibit G – CMRRR from 09/07 Objection Filing | 28-29 |
| Exhibit H – eCourts Notification to Apothaker of Exemption Hearing | 30-31 |
| Exhibit I – Notice of Levy of Fulton Bank, NA | 32-33 |
| Exhibit J – Notice of Levy of Wells Fargo Bank, NA | 34-35 |

Benjamin F. Beideman
215 Nantucket Road
Forked River, NJ 08731
Telephone: 609-207-3056
Email: b2020@beideman.net

Superior Court of New Jersey
Law Division, Special Civil Part
County of Ocean
Docket No: DC-012250-18
Judgment No: DJ-78800-22

**CAVALRY SPV I, LLC, AS ASSIGNEE
OF SYNCHRONY BANK**

Plaintiff-Creditor,

v.

**BENJAMIN F. BEIDEMAN**

Defendant-Debtor.

Civil Action

**Certification in Opposition to
Additional Levy Executions**

My name is Benjamin Frederick Beideman. I am the Defendant in the above captioned action, and the

Debtor listed on the above referenced judgment. This Certification addresses instances of levy execution

other than that addressed in my *Certification in Objection to Levy,* that was filed in this case by me on

September 7, 2022 through *JEDS EF-1553948* and is listed on eCourts as *SCP20222294174.*

1. On August 15, 2022, I filed a petition for Chapter 7 bankruptcy ("Exhibit A") in the United States

   Bankruptcy Court for the District of New Jersey. My case was assigned case number *22-16418-
   KCF (3:22-bk-16418)* and is before the Honorable Kathryn C. Ferguson. The petition includes the

   scheduled debt of Plaintiff-Creditor, the listing of Plaintiff's Attorney as an interested party, and

   details about this case and resulting judgment.

2. Upon the processing of that filing, I received, from the Clerk of the Bankruptcy Court, a Notice of

   Bankruptcy Case Filing ("Exhibit B").

3. On August 17, 2022, I received a Certificate of Notice from the United States Bankruptcy Court's

   Bankruptcy Noticing Center ("Exhibit C"). This notice indicates that, on August 15, 2022,

   Plaintiff-Creditor was duly noticed about the bankruptcy by electronic notification, and that, on

   August 17, 2022, Plaintiff's Attorney was duly noticed about the bankruptcy through the mail.

Certification in Opposition to Additional Levy Executions          Docket Numbers: DC-012250-18 / DJ-78800-22

4.  On September 2, 2022, I sent, via email and Certified Mail, a letter ("Exhibit D") further notifying

Plaintiff-Creditor, through their Attorney, of the bankruptcy and the protections codified at 11

U.S.C. § 362(a) (the "automatic stay"). This letter referred to, and included, the relevant pages of

Exhibit A and the entirety of Exhibit B and Exhibit C, among other attachments.

5.  After the sending of this letter, I received notice from the United States Postal Service of its

delivery and a physical signed Return Receipt ("Exhibit E") from the Attorney for Plaintiff.

6.  On September 7, 2022, I filed a *Certification in Objection to Levy* in this case, using the Judiciary

Electronic Document Submission ("JEDS") service, as well as by Certified Mail. This certification

included notice of the bankruptcy, made reference to the automatic stay, and included evidence of

the filing, including the relevant pages of Exhibit A and the entirety of Exhibit B and Exhibit C.

This filing was assigned a filing number by JEDS of *EF-1553948* and is listed on eCourts as

*SCP20222294174.*

7.  After the submission of this filing, I received notice from the Court that Mr. Apothaker and Ms.

Scian, both partners of Plaintiff's Attorney, were notified electronically about the filing by the

Court ("Exhibit F"). I also received notice from the United States Postal Service of the delivery

of the Certified Mail copy of the filing ("Exhibit G").

8.  On September 8, 2022, the Court's case management staff posted the Certified Mail copy of my

*Certification in Objection to Levy* which is listed on eCourts as *SCP20222301325.*

9.  Following this posting, I received notice from the Court that Plaintiff's Attorney were notified

electronically about the filing by the Court ("Exhibit H").

10. On September 12, 2022, I received multiple Notice of Levies from the Ocean County Sheriff's

Office. This included notice about the levying of Fulton Bank NA ("Exhibit I") and Wells Fargo

Bank NA ("Exhibit J").

11. Upon my review of my accounts at Fulton Bank NA, I found that $547.91 was removed from my account ending in 2768, and that $418.23 was removed from a joint account, ending in 9540, on which I am a signer.

12. Upon review of my accounts at Wells Fargo Bank NA, I found that, as of the date of this filing, no funds had been removed from my account, which appears to be an error in the levy execution.

13. Plaintiff and their Attorney have been notified multiple times, through different means, of my bankruptcy.  They have been notified by me through email, Certified Mail, and have been sent notifications through the Federal Bankruptcy Court as well as this Superior Court.

14. Plaintiff is among the largest debt purchasers in the United States and the lawyers involved have extensive experience in debt collection law, some for decades.  As such, they must be well-versed in state and Federal laws with respect to bankruptcy, including and especially the automatic stay.

15. The continued facilitation and tolerance of levying by Plaintiff-Creditor and their Attorney constitutes multiple, willful violations of the automatic stay.  This has resulted in actual damages, including bank fees, which may continue until the conduct is discontinued and the funds returned.

16. I oppose all levies that have occurred, and any that may continue to occur, against my accounts since the filing of my bankruptcy case on the basis of the protection provided by 11 U.S.C. § 362(a).  It is my contention that, with very limited exceptions, this protection takes precedence over any state law exemptions.

17. Separate and distinct from my objections to the levying, I am preparing an appropriate Motion to be brought before the United States Bankruptcy Court with respect to the continued violations of the automatic stay and with respect to sanctions for the violations that have thus far occurred.

I certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I also certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule 1:38-7(b)*.

_____          9/16/2022
Defendant-Debtor                          Date

## Certification of Service

I certify that on **September 16, 2022**, I sent a copy of this Certification in Opposition to Additional Levy Executions, as well as all referenced Exhibits, to the Court via JEDS and certified mail, return receipt requested. I also notified the Parties as follows:

Plaintiff: via certified mail, return receipt requested
**Cavalry SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563**

Attorney for Plaintiff: via certified mail, return receipt requested
**Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410**

Trustee for Bankruptcy: via certified mail, return receipt requested
**John Michael McDonnell, McDonnell Crowley, 115 Maple Ave Ste 201, Red Bank, NJ 07701**

_____          9/16/2022
Benjamin F. Beideman                      Date

# EXHIBIT A
# Filed Bankruptcy Petition
# (relevant pages only)

Please note: Due to the length of this petition (98 pages), only the relevant pages of the petition have been included in this mailed copy of this filing.

However, all pages have been uploaded as Exhibit A in eCourts.  In addition, the petition is available on PACER from the New Jersey Bankruptcy Court.

Upon request, I will print and mail the full petition to any party.

Fill in this information to identify your case:

United States Bankruptcy Court for the:

District of New Jersey

Case number *(if known)*: _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Benjamin<br>First name<br><br>Frederick<br>Middle name<br><br>Beideman<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last Name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0378 _____ | xxx – xx – _____ |

| Debtor 1 | Benjamin | Frederick | Beiderman | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4., followed by 4.5, and so forth. | Total claim |
|---|---|

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Credit card debt

---

**4.23** Cavalry Portfolio Services
Nonpriority Creditor's Name

1 American Ln Ste 220
Number    Street

Greenwich          CT       06831
City               State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  9291          $  6099.00

When was the debt incurred?  5/19/2018

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Collection/purchased debt

---

**4.24** Cavalry SPV I LLC
Nonpriority Creditor's Name

1 American Ln Ste 220
Number    Street

Greenwich          CT       06831
City               State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  9291          $  6098.00

When was the debt incurred?  5/19/2018

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Collection/purchased debt

---

**4.25** Citibank NA
Nonpriority Creditor's Name

PO Box 6000
Number    Street

Sioux Falls        SD       57117
City               State    ZIP Code

**Who incurred the debt? Check one.**

Last 4 digits of account number  0111          $  368.00

When was the debt incurred?  10/20/2015

**As of the date you file, the claim is: Check all that apply**
☐ Contingent

---

| Debtor 1 | Benjamin | Frederick | Beiderman | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed In Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor In Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts In Parts 1 or 2, do not fill out or submit this page.

---

**Apothaker Scian, PC**
Name

**520 Fellowship Rd Ste C306**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.23** of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

| Mt Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

**Last 4 digits of account number  9291**

---

**Apothaker Scian, PC**
Name

**520 Fellowship Rd Ste C306**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.24** of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

| Mt Laurel | NJ | 08054 |
|---|---|---|
| City | State | ZIP Code |

**Last 4 digits of account number  9291**

---

**Louis A. Greenfield**
Name

**PO Box 17210**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.39** of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

| Golden | CO | 80402 |
|---|---|---|
| City | State | ZIP Code |

**Last 4 digits of account number  3003**

---

**Law Offices of Hayt, Hayt & Landau LLC**
Name

**2 Industrial Way W**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.16** of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured Claims

| Eatontown | NJ | 07724 |
|---|---|---|
| City | State | ZIP Code |

**Last 4 digits of account number  0613**

---

| Debtor 1 | Benjamin | Frederick | Beideman | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case title** Capital One Bank USA vs Benjamin Beideman<br><br>**Case number** DC-000560-19 | Debt collection suit | Ocean County Superior Court<br>Court Name<br><br>120 Hooper Ave<br>Number    Street<br><br>Toms River           NJ    08753<br>City                         State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title** Cavalry SPV I LLC vs Benjamin Beideman<br><br>**Case number** DC-012250-18 | Debt collection suit (judgment DJ-78800-22) | Ocean County Superior Court<br>Court Name<br><br>120 Hooper Ave<br>Number    Street<br><br>Toms River           NJ    08753<br>City                         State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case title** Jefferson Capital Systems vs Benjamin F Beideman<br><br>**Case number** DC-005918-20 | Debt collection suit (judgment VJ-5961-20) | Ocean County Superior Court<br>Court Name<br><br>120 Hooper Ave<br>Number    Street<br><br>Toms River           NJ    08753<br>City                         State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case title** Specialized Loan Servicing LLC vs. Terri L Beideman et al<br><br>**Case number** F-020070-18 | Foreclosure (dismissed in 07/2021, fully withdrawn in 07/2022 due to completed mortgage modification) | Ocean County Superior Court<br>Court Name<br><br>120 Hooper Ave<br>Number    Street<br><br>Toms River           NJ    08753<br>City                         State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

# EXHIBIT B

# Notice of Bankruptcy Case Filing

United States Bankruptcy Court
District of New Jersey

**Notice of Bankruptcy Case Filing**



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of
the United States Bankruptcy Code, entered on 08/15/2022 at 2:05 PM and filed on
08/15/2022.

**Benjamin Frederick Beideman**
215 Nantucket Rd
Forked River, NJ 08731-5105
SSN / ITIN: xxx-xx-0378

The bankruptcy trustee is:

**John Michael McDonnell**
John Michael McDonnell, Ch. 7 Trustee
115 Maple Avenue
Red Bank, NJ 07701
732-383-7233

The case was assigned case number 22-16418-KCF to Judge Kathryn C. Ferguson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or
not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a
debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to
determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at
our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's Office, 402 East State Street, Trenton, NJ
08608.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Jeanne Naughton**
**Clerk, U.S. Bankruptcy Court**

# EXHIBIT C

# Certificate of Notice from the
# Bankruptcy Noticing Center

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Benjamin Frederick Beideman** <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–0378 <br> EIN:  __–_____ | |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN:  ____–__ <br> EIN:  __–_____ | |
| United States Bankruptcy Court:  District of New Jersey | | Date case filed for chapter:  7  8/15/22 | |
| Case number:  **22–16418–KCF** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Benjamin Frederick Beideman | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 215 Nantucket Rd <br> Forked River, NJ 08731–5105 | |
| 4. | **Debtor's attorney** <br> Name and address | Benjamin Frederick Beideman <br> 215 Nantucket Rd <br> Forked River, NJ 08731–5105 | Contact phone _____ <br><br> Email: None |
| 5. | **Bankruptcy trustee** <br> Name and address | John Michael McDonnell <br> John Michael McDonnell, Ch. 7 Trustee <br> 115 Maple Avenue <br> Red Bank, NJ 07701 | Contact phone 732–383–7233 |

For more information, see page 2 >

Debtor **Benjamin Frederick Beideman**                                              Case number **22–16418–KCF**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 8/15/22 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | September 12, 2022 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/14/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:

Benjamin Frederick Beideman

Debtor

Case No. 22-16418-KCF

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Aug 15, 2022

User: admin

Form ID: 309A

Page 1 of 4

Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Benjamin Frederick Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681494 | + | Advanced Call Center Technologies LLC, 1235 Westlakes Dr Ste 160, Berwyn, PA 19312-2417 |
| 519681495 | + | Allied Interstate LLC, PO Box 19312, Minneapolis, MN 55419-0312 |
| 519681572 | + | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681501 | + | Atlantic Credit & Finance, 111 Franklin Rd SE, Roanoke, VA 24011-2126 |
| 519681576 | + | Blockchain Technology Research Innovations Corpora, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681507 | + | Capital One Bank NA, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519681527 | + | Financial Recovery Services Inc, 1345 Mendota Heights Rd Ste 100, Mendota Heights, MN 55120-1129 |
| 519681529 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 519681531 | + | Intertek USA, 900 Chelmsford St, Lowell, MA 01851-8100 |
| 519681533 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519681575 | + | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519681574 | + | Louis A. Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519681577 | + | Nelson R Beideman Center for Responsible Fisheries, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681551 | + | Polaris Distributing Corporation, PO Box 749, Forked River, NJ 08731-0749 |
| 519681555 | + | Professional Account Management LLC, 633 W Wisconsin Ave Ste 1600, Milwaukee, WI 53203-1920 |
| 519681562 | + | State of New Jersey Office of the Public Defender, 25 Market St, Trenton, NJ 08611-2148 |
| 519681578 | + | Sustainable Swordfish LLC, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681568 | + | TD Bank NA, 357 Kings Hwy N, Cherry Hill, NJ 08034-1013 |
| 519681579 | + | Terri L Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681569 | + | Thomas M Iuso, 334 Pines Lake Dr E, Wayne, NJ 07470-5011 |
| 519681570 | | Trustees of Columbia University, 116th and Broadway, New York, NY 10027 |
| 519681580 | + | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BJMMCDONNELLIII.COM | Aug 16 2022 00:43:00 | John Michael McDonnell, John Michael McDonnell, Ch. 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519681500 | + | Email/Text: legal@arsnational.com | Aug 15 2022 20:46:00 | ARS National Services Inc, 270 W 2nd Ave, Escondido, CA 92025-4147 |
| 519681496 | + | EDI: URSI.COM | Aug 16 2022 00:43:00 | Alltran Financial LP, 5800 N Course Dr, Houston, TX 77072-1613 |
| 519681497 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 20:49:06 | American Express, 200 Vesey St, New York, NY |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 15, 2022 | Form ID: 309A | Total Noticed: 67 |

|  |  |  | 10285-0002 |
| --- | --- | --- | --- |
| 519681502 | + EDI: BANKAMER2.COM | Aug 16 2022 00:43:00 | Bank of America NA, 100 N Tryon St, Charlotte, NC 28255-0001 |
| 519681503 | + EDI: TSYS2 | Aug 16 2022 00:43:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681506 | + Email/Text: cms-bk@cms-collect.com | Aug 15 2022 20:46:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519681508 | + EDI: CAPITALONE.COM | Aug 16 2022 00:43:00 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681516 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry Portfolio Services, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681517 | + Email/Text: bankruptcy@cavps.com | Aug 15 2022 20:46:00 | Cavalry SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681518 | + EDI: CITICORP.COM | Aug 16 2022 00:43:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519681519 | + Email/Text: mediamanagers@clientservices.com | Aug 15 2022 20:46:00 | Client Services Inc, 3451 Harry S Truman Blvd, St Charles, MO 63301-9816 |
| 519681520 | + Email/Text: ering@cbhv.com | Aug 15 2022 20:46:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 519681521 | + EDI: COMCASTCBLCENT | Aug 16 2022 00:43:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519681522 | + EDI: CONVERGENT.COM | Aug 16 2022 00:43:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519681523 | + EDI: CCS.COM | Aug 16 2022 00:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519681524 | Email/PDF: DellBKNotifications@resurgent.com | Aug 15 2022 20:48:51 | Dell Preferred Account, PO Box 81585, Austin, TX 78708 |
| 519681525 | Email/Text: bankruptcy@dcu.org | Aug 15 2022 20:46:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519681526 | + Email/Text: bknotice@ercbpo.com | Aug 15 2022 20:46:00 | Enhanced Recovery Company, 8041 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 519681528 | + Email/Text: crdept@na.firstsource.com | Aug 15 2022 20:46:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 519681530 | Email/Text: headwaybnc@enova.com | Aug 15 2022 20:46:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519681532 | EDI: JEFFERSONCAP.COM | Aug 16 2022 00:43:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, St Cloud, MN 56303 |
| 519681534 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | LVNV Funding / Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 519681535 | + Email/Text: bknotices@mbandw.com | Aug 15 2022 20:46:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519681536 | ^ MEBN | Aug 15 2022 20:42:05 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519681537 | + Email/Text: Mercury@ebn.phinsolutions.com | Aug 15 2022 20:46:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681539 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 20:46:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681548 | + Email/Text: egssupportservices@alorica.com | Aug 15 2022 20:46:00 | NCO Portfolio Management, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 519681543 | + Email/Text: list-nes-clientservicesreps-all@nes1.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: 309A | Total Noticed: 67 |

|  |  | Aug 15 2022 20:46:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
|---|---|---|---|
| 519681545 | + Email/Text: bankruptcydepartment@tsico.com | Aug 15 2022 20:46:00 | Nationwide Credit Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519681546 | + EDI: NFCU.COM | Aug 16 2022 00:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681549 | ^ MEBN | Aug 15 2022 20:41:03 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519681550 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 20:46:00 | PNC Bank NA, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 519681552 | EDI: PRA.COM | Aug 16 2022 00:43:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681556 | + Email/Text: ngisupport@radiusgs.com | Aug 15 2022 20:46:00 | Radius Global Solutions LLC, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519681557 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519681558 | + Email/Text: bkrpt@retrievalmasters.com | Aug 15 2022 20:46:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plz Ste 100, Elmsford, NY 10523-1615 |
| 519681559 | + Email/Text: DeftBkr@santander.us | Aug 15 2022 20:46:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681493 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 15 2022 20:46:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519681563 | + Email/Text: bankruptcy@sunrisecreditservices.com | Aug 15 2022 20:46:00 | Sunrise Credit Services Inc, 260 Airport Plz, Farmingdale, NY 11735-4021 |
| 519681564 | + EDI: RMSC.COM | Aug 16 2022 00:43:00 | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681571 | + Email/Text: BAN5620@UCBINC.COM | Aug 15 2022 20:46:00 | United Collection Bureau Inc, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519681498 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681499 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681573 | *+ | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681504 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681505 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681509 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681510 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681511 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681512 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681513 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681514 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681515 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681538 | *+ | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681540 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681541 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681542 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681544 | *+ | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519681547 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681553 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Aug 15, 2022 | Form ID: 309A | Total Noticed: 67

| 519681554 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681560 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681561 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681565 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681566 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681567 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022          Signature:     /s/Gustava Winters

# **EXHIBIT D**

# 09/02/2022 Letter to Attorney for Plaintiff

# Benjamin F. Beideman
## 215 Nantucket Road
## Forked River, NJ 08731-5105
### 609-207-3056
### b2020@beideman.net

September 2, 2022

Kimberly F. Scian, Esquire
Apothaker Scian P.C.
520 Fellowship Road Suite C306
PO Box 5496
Mt. Laurel, NJ 08054-5496

Re:    CAVALRY SPV I, LLC, as assignee of SYNCHRONY BANK
       vs. BENJAMIN BEIDEMAN
       Docket No. DC-012250-18; DJ-78800-22

Dear Kimberly Scian,

The purpose of this letter is to confirm that you have caused a levy against my account at
OceanFirst Bank NA, even though there is a current bankruptcy petition pending.  This may be a
violation of state and/or Federal law, including, but not limited to, the automatic stay at 11 USC
§ 362.

The bank levy occurred even though you, your client's special purpose entity, and your client's
principal entity, were specifically listed in the petition and the Bankruptcy Noticing Center
confirms that all were duly noticed at the time of the bankruptcy filing.  At the time you received
this notice, you should have taken the actions necessary to ensure that any outstanding writ of
execution was withdrawn.

For your reference, I am attaching copies of the applicable pages of the items listed below.  If
you require additional documentation, please refer to the bankruptcy case docket:

- Bankruptcy Case: 22-16418-KCF
- Place of Filing: District of New Jersey
- Date of Filing: August 15, 2022
- Petition Reference to Scheduled Debt: Schedule E/F, Part 2, 4.23 and 4.24
- Petition Reference to Judgment: Form 107 (Part 4)

While I have no evidence that you intended to violate the law, I now must expend time and incur
costs to have the levy released.  In addition, I need to research what other actions I need to take
due to this circumstance, such as the possible need to file amendments to my bankruptcy
petition.

At this point, OceanFirst Bank has charged a fee of $125.00 (see attached), which they deducted
before they placed my remaining funds on hold.  I hereby request that you either cause
OceanFirst Bank to bill the fee to you, instead of me, so that after the levy is released, they return
my bank balance to what it was before the levy was processed ($636.00), or by paying me the
$125.00 fee directly.

Unless the further time and costs incurred in connection with this event are de minimis, I may need to seek recovery of these costs from you. In addition, the Trustee of my bankruptcy estate has rights of his own, including rights which supersede mine in some instances. I have no control over any choices he may make, except to say that I will cooperate fully with any such efforts to the extent that it is required.

Please take the actions necessary to reverse the levy forthwith and keep me apprised of your progress via email at b2020@beideman.net.

If you need any more information, please let me know. Thank you for your anticipated cooperation.

Cordially,

Benjamin F. Beideman

Enclosures

Cc:

John Michael McDonnell, McDonnell Crowley, Bankruptcy Trustee
Clerk of the Superior Court, Law Division, Ocean County, Superior Court of New Jersey
Writs Department, Ocean County Sheriff's Office
Christina Fife, OceanFirst Bank NA

OCN-DC-012250-18   09/16/2022 02:32:37 PM   Pg 1 of 2   Trans ID: SCP20222392440

# EXHIBIT E

# Return Receipt from 09/02/2022 Letter to Attorney for Plaintiff

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Apothaker Scian PC
500 Fellowship Rd.
#C306
Mt Laurel, NJ 08054

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)        C. Date of Delivery
T. Jordan                            9/6/22

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

9590 9402 6000 0069 1765 24

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7020 1290 0001 6602 8024

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee   $4.00                     0816
                                               05
Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)      $0.00
□ Return Receipt (electronic)    $0.00        Postmark
□ Certified Mail Restricted Delivery $0.00      Here
□ Adult Signature Required       $0.00
□ Adult Signature Restricted Delivery $
Postage
$1.68
Total Postage and Fees          09/02/2022
$8.93

Sent To  Apothaker Scian PC
Street and Apt. No., or PO Box No. 500 Fellowship Rd #C306
City, State, ZIP+4®  Mt Laurel NJ 08054

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

# EXHIBIT F

# eCourts Notification of 09/07/2022 Objection Filing by Defendant-Debtor

 **Gmail**

**Benjamin Beideman <b2020@beideman.net>**

## NJ eCourts Filing Notification - Special Civil Part Case OCN-DC-012250-18

**JEDSDoNotReply.Mailbox@njcourts.gov** <JEDSDoNotReply.Mailbox@njcourts.gov>
To: emocelo@apothaker.com, b2020@beideman.net

Wed, Sep 7, 2022 at 4:30 PM

Superior Court of New Jersey – Ocean County
The following was filed by Benjamin Beideman on 09/07/2022 at 04:30:32 PM:
Case Caption: Cavalry Spv I Llc Vs Beideman Benjamin
Case Number: OCN-DC-012250-18
Docket Text: Notice of Bankruptcy has been filed by Benjamin Beideman. JEDS EF-1553948
Transaction ID: SCP20222294174
JEDS EF ID: EF-1553948
**Notice has been electronically sent to:**

| | | |
|---|---|---|
| Attorney for Plaintiff Cavalry Spv I, Llc | David Apothaker | emocelo@apothaker.com |
| Additional Recipient | BenjaminFrederick Beideman | b2020@beideman.net |
| Additional Recipient | KimberlyF Scian | emocelo@apothaker.com |

**Notice has NOT been electronically sent to:**

| | | |
|---|---|---|
| Defendant | Benjamin Beideman | 215 Nantucket Rd, Forked River, Nj, 08731 |
| Other | Benjamin Beideman | 215 Nantucket Rd, Forked River, Nj, 08731 |

Login to eCourts to view the case jacket. You will need a valid user ID to view the submitted documents.
For questions, please contact the Special Civil Part Division in Ocean County.
This email is for notification purposes only and was sent from a notification-only address that cannot accept incoming email.
**Please do not reply to this message.**

# EXHIBIT G

# Return Receipt from
# 09/07/2022 Objection Filing
# Mailed to Attorney for Plaintiff





# EXHIBIT H

# eCourts Notification of 09/08/2022 Posting by Case Management Staff

 Gmail

**Benjamin Beideman <b2020@beideman.net>**

## NJ eCourts Objection To Execution Notification - Special Civil Part OCN-DC-012250-18
1 message

**eCourtsCivilDoNotReply.mailbox@njcourts.gov**
<eCourtsCivilDoNotReply.mailbox@njcourts.gov>
To: EMOCELO@apothaker.com, B2020@beideman.net

Thu, Sep 8, 2022 at 11:00 AM

**SUPERIOR COURT OF NEW JERSEY - eCOURTS**

The following was filed by BENJAMIN BEIDEMAN on 09/07/2022:

| | |
|---|---|
| Name | CAVALRY SPV I, LLC |
| Name: | BENJAMIN BEIDEMAN |
| Case Caption: | CAVALRY SPV I, LLC VS BEIDEMAN BENJAMIN |
| Case Number: | OCN DC 012250-18 |
| Docket Text: | Objection To Execution uploaded by Case Management Staff submitted by BENJAMIN BEIDEMAN |
| Transaction ID: | SCP20222301325 |

**Notice has been electronically mailed to:**

| Plaintiff Attorney | DAVID JON APOTHAKER | EMOCELO@APOTHAKER.COM |
|---|---|---|
| Defendant | BEIDEMAN, BENJAMIN | B2020@BEIDEMAN.NET |

**Notice was not electronically mailed to:**

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue..

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

# EXHIBIT I

# Notice of Levy re: Fulton Bank NA



MICHAEL G. MASTRONARDY
SHERIFF

732-929-2044

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

FAX NUMBER
(732)-349-1909

NILS R. BERGQUIST
UNDERSHERIFF

N. J.

OCEAN COUNTY

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
    Court Docket #: DJ07880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the FULTON BANK OF NEW JERSEY has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on _9/9_, 20_22_, the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: _9/14_, 20_22_

MICHAEL G. MASTRONARDY, SHERIFF

# EXHIBIT J

# Notice of Levy re: Wells Fargo Bank NA

MICHAEL G. MASTRONARDY
SHERIFF

732-929-2044

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

FAX NUMBER
(732)-349-1909

NILS R. BERGQUIST
UNDERSHERIFF



N.J.
OCEAN COUNTY

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
OCEAN COUNTY

APOTHAKER SCIAN P.C.
520 FELLOWSHIP ROAD C306
MOUNT LAUREL, NJ 08054

Re: CAVALRY SPV I, LLC AS ASSIGNEE OF SYNCHRONY BANK
Vs: BENJAMIN BEIDEMAN
        Court Docket #: DJ7880022 Sheriff's Docket #:L 928850
To:BENJAMIN BEIDEMAN,designated defendant:
BENJAMIN BEIDEMAN
215 NANTUCKET RD

FORKED RIVER, NJ 08731

  Your assets, automobile (VIN# N/A),or account no. ANY AND ALL ACCOUNTS in an amount not to exceed $ 6246.13 at the WELLS FARGO BANK (TR MAIN) has been levied upon at the instruction of APOTHAKER SCIAN P.C. to satisfy in whole or in part the judgement against you in the above matter. Some property may be exempt from execution by Federal and State law, including but not limited to clothing and a total of $1,000.00 of cash and personal property, except for goods purchased as a part of the transaction which led to the judgment in this case. In addition, welfare benefits, social security benefits, S.S.I. benefits, V.A. benefits, unemployment benefits, worker's compensation benefits and child support you receive are exempt, even if the funds have been deposited in a bank account.

  If the levy is against a bank account, the bank has already been notified to place a hold on your account. However, the funds will not be taken from your account until the Court so orders. You may claim your exemption by notifying the Clerk of the Court and the person who ordered this levy of your reasons why your property is exempt. This claim must be in writing and if it is not mailed within 10 days of services of this notice, your property is subject to further proceedings for execution. The address of the Court is OCEAN, CLERK OF THE SUPERIOR COURT, OCEAN COUNTY COURT HOUSE, 118 WASHINGTON STREET  ROOM 121, TOMS RIVER, NJ, 08754. The address of the person who ordered this levy is REFERENCED ABOVE.

### CERTIFICATION OF SERVICE

I mailed a copy of this notice to the defendant(s), the Clerk of the above named Court and the person who requested the levy on ___9/9___, 20_22_ the same day this levy was made. I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are will-fully false, I am subject to punishment.

Date: _9/14_, 20_22_

MICHAEL G. MASTRONARDY, SHERIFF