# EXHIBIT L

# 10/18 Letter to Honorable Craig L. Wellerson

| Document | Page(s) |
|---|---|
| 10/18/2022 Letter to Honorable Craig L. Wellerson | 2-3 |
| *Enclosure:* Sheriff – Letter to OceanFirst Bank, NA regarding levy release | 4 |

**Benjamin F. Beideman**
**215 Nantucket Road**
**Forked River, NJ 08731-5105**
**609-207-3056**
**b2020@beideman.net**

October 18, 2022

Honorable Craig L. Wellerson
Superior Court of New Jersey
Civil Division, Ocean Vicinage
100 Hooper Avenue
Courtroom #10, 3rd Floor
Toms River, NJ 08754

Re:    CAVALRY SPV I, LLC, as assignee of SYNCHRONY BANK
vs. BENJAMIN BEIDEMAN
Cause No. DC-012250-18; Docketed Judgment No. DJ-78800-22

Dear Judge Wellerson,

The purpose of this brief letter is to ensure that you have the most current information available, as new facts have occurred since the three certifications opposing the bank levies were submitted last month.

As described in those submissions, four of my bank accounts, three where I am sole owner and one joint account, were levied from three different banks. I submitted certifications in opposition to each levy within the 10 day period described on each notice of levy, to ensure that I met the requirements to object to each of the levies.

Since that time, all of the levies have been released and the funds returned to my accounts. The first three accounts, OceanFirst Bank NA and two accounts at Fulton Bank NA, were returned on September 21, 2022. The final account, Chase Bank NA, was levied on September 16, 2022, but did not have funds placed on hold until September 26, 2022. The funds from that account were returned to me on October 6, 2022.

To date, I have been provided with no notification from Plaintiff regarding the return of these funds. The only notification about the release that I have received is a copy of the communication that the Ocean County Sheriff's Office provided to OceanFirst Bank NA regarding the request from Apothaker Scian PC to have the funds returned as soon as possible. For your reference, I am attaching a copy of that document.

Unfortunately, because I have nothing acknowledging the release and return of my funds due to the active bankruptcy, I continue to formally object to any levying of my personal property, either while the automatic stay is in effect or after a discharge is granted as to the underlying debt.

I will be bringing a motion before the Bankruptcy Court to hold Plaintiff and their Attorney in contempt of court for the numerous violations of the automatic stay.

Thank you for your consideration of this matter.

Respectfully submitted,

Benjamin F. Beideman

Enclosures

Cc:

Apothaker Scian, PC
Cavalry SPV I LLC

```
12:39:03 p.m. 09-21-2022    2    17322887658
```

09/21/2022  12:42    17322887658                OC SHERIFF WRITS SUM                    PAGE  02/02

MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF



SHERIFF N.J. OCEAN COUNTY

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

09/20/2022

OCEANFIRST BANK (HOOPER/TR)

975 HOOPER AVENUE
TOMS RIVER, NJ 08753

RE: Cavalry Spv I, Llc As Assignee Of Synchrony Bank Vs Benjamin Beideman

   Docket No. DJ7880022    Sheriff's Docket: L928850

Dear Sir or Madam:

We have been advised by the law firm of Apothaker Scian P.C. to release the levy against Benjamin Beideman's OCEANFIRST BANK (HOOPER/TR) account, as soon as possible.

Officer Joseph Mercadante served this levy on August 31, 2022 in the amount of $6,246.13. You are currently holding $510.99, please release as soon as possible.

Thank you for your cooperation in this matter.

Very truly yours,

*[signature]*

MICHAEL G. MASTRONARDY
SHERIFF OF OCEAN COUNTY