# EXHIBIT M
# Superior Court Exemption Order

|  |  |  |
|---|---|---|
| __Cavalry SPV I LLC__  Plaintiff(s) | * * * * * | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION, OCEAN COUNTY** |
| vs. | * * | DOCKET NO.: **DJ-078800-22**  **DC-012250-18** |
| __Benjamin Beideman__  Defendant(s) | * * * | **CIVIL ACTION**  **EXEMPTION ORDER** |

This matter having been brought before the Court, and the Court having heard the arguments presented, finds that the defendant, **Benjamin Beideman** is entitled to an exemption in the amount of $_____,

☐ as the defendant has requested their statutory exemption of up to $1000 pursuant to N.J.S.A. 2A:17-19;

– OR –

☒ as the funds levied upon are exempt as _Debt has been frozen by Bankruptcy Court._

It is on this __24th__ day of October, 2022 ORDERED that the levy placed on the defendant's account/earnings at _Ocean First Bank_ be ~~discharged in the amount of~~ frozen

~~$_____.~~

_____
Honorable Craig L. Wellerson PJ CvP