# EXHIBIT N

# Sheriff Letter to OceanFirst Bank, NA

```
12:39:05 p.m. 09-21-2022   2   17322887658
09/21/2022  12:42   17322887658            OC SHERIFF WRITS SUM            PAGE 02/02
```

MICHAEL G. MASTRONARDY
SHERIFF

BRIAN J. KLIMAKOWSKI
UNDERSHERIFF

NILS R. BERGQUIST
UNDERSHERIFF



SHERIFF
N.J.
OCEAN COUNTY

TELEPHONE
732-929-2044

FAX NUMBER
(732)-349-1909

OCEAN COUNTY JUSTICE COMPLEX * 120 HOOPER AVENUE * PO BOX 2191 * TOMS RIVER, NJ 08754-2191

09/20/2022

OCEANFIRST BANK (HOOPER/TR)

975 HOOPER AVENUE
TOMS RIVER, NJ 08753

RE: Cavalry Spv I, Llc As Assignee Of Synchrony Bank Vs Benjamin Beideman

Docket No. DJ7880022    Sheriff's Docket: L928850

Dear Sir or Madam:

We have been advised by the law firm of Apothaker Scian P.C. to release the levy against Benjamin Beideman's OCEANFIRST BANK (HOOPER/TR) account, as soon as possible.

Officer Joseph Mercadante served this levy on August 31, 2022 in the amount of $6,246.13. You are currently holding $510.99, please release as soon as possible.

Thank you for your cooperation in this matter.

Very truly yours,

MICHAEL G. MASTRONARDY
SHERIFF OF OCEAN COUNTY