| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Benjamin F. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-207-3056<br>Email: b2020@beideman.net | |
| In Re:<br>Benjamin Frederick Beideman<br><br>Debtor | Case No.: 22-16418-KCF<br>Chapter: 7<br>Hearing Date: December 6, 2022<br>Judge: Kathryn C. Ferguson |

## ORDER GRANTING MOTION FOR SANCTIONS AND DAMAGES FOR VIOLATIONS OF 11 U.S.C. § 362(a) BY CREDITOR CAVALRY SPV I LLC

The relief set forth on the following page is hereby **ORDERED.**

THIS MATTER having been brought to the Court on the motion of the debtor, seeking the Court to enter an Order holding creditor Cavalry SPV I LLC ("Cavalry") and their counsel Apothaker Scian P.C. ("Apothaker") in contempt of court and compelling them to pay damages and Debtor's reasonable costs in connection with the present motion, and for such additional or alternative relief as the Court may direct; and the Court having found that Cavalry and Apothaker knowingly violated 11 U.S.C. § 362(a) ("the automatic stay"); and the Court having considered this motion and any objection thereto, if any; and arguments of the parties, if any; and good cause appearing,

it is hereby **ORDERED** that:

1. Cavalry and Apothaker are to immediately take such actions as may be necessary to become compliant with the automatic stay, including, if necessary, any such actions to effectuate the release and return of funds still held, if any, from any of the accounts of Debtor that have been levied at their request since the effective date of the automatic stay, August 15, 2022;

and it is hereby **ORDERED** that:

2. Cavalry and Apothaker are to compensate the Debtor for costs in the amount of $_____. This payment shall be made within fifteen (15) days of this Order, with Cavalry liable for _____% (percent) of payment, and Apothaker liable for _____% (percent) of payment;

and it is hereby **ORDERED** that:

3. Cavalry and Apothaker are to compensate the Debtor for actual damages in the amount of $_____. This payment shall be made within fifteen (15) days of this Order, with Cavalry liable for _____% (percent) of payment, and Apothaker liable for _____% (percent) of payment;

and it is hereby **ORDERED** that:

4. Cavalry and Apothaker are to compensate the Debtor for punitive damages in the amount of $_____. This payment shall be made within fifteen (15) days of this Order, with Cavalry liable for _____% (percent) of payment, and Apothaker liable for _____% (percent) of payment.