**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Benjamin Frederick Beideman<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0378<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22–16418–KCF | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Benjamin Frederick Beideman

11/17/22                                                **By the court:** Kathryn C. Ferguson
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16418-KCF |
| Benjamin Frederick Beideman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 17, 2022 | Form ID: 318 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Benjamin Frederick Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681494 | + | Advanced Call Center Technologies LLC, 1235 Westlakes Dr Ste 160, Berwyn, PA 19312-2417 |
| 519681495 | + | Allied Interstate LLC, PO Box 19312, Minneapolis, MN 55419-0312 |
| 519681572 | + | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681501 | + | Atlantic Credit & Finance, 111 Franklin Rd SE, Roanoke, VA 24011-2126 |
| 519681576 | + | Blockchain Technology Research Innovations Corpora, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681507 | + | Capital One Bank NA, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519681529 | ++ | GENPACT SERVICES LLC, 1155 AVENUE OF THE AMERICAS, 4TH FLOOR, NEW YORK NY 10036-2711 address filed with court:, Genpact Services LLC, 1155 Avenue of the Americas, 4th Floor, New York, NY 10036 |
| 519681531 | + | Intertek USA, 900 Chelmsford St, Lowell, MA 01851-8100 |
| 519681533 | + | Kabbage Inc, 730 Peachtree St NE Ste 1100, Atlanta, GA 30308-1263 |
| 519681575 | + | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519681574 | + | Louis A. Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519681577 | + | Nelson R Beideman Center for Responsible Fisheries, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681551 | + | Polaris Distributing Corporation, PO Box 749, Forked River, NJ 08731-0749 |
| 519681555 | + | Professional Account Management LLC, 633 W Wisconsin Ave Ste 1600, Milwaukee, WI 53203-1920 |
| 519681562 | + | State of New Jersey Office of the Public Defender, 25 Market St, Trenton, NJ 08611-2148 |
| 519681578 | + | Sustainable Swordfish LLC, 610 Lacey Rd Unit 749, Forked River, NJ 08731-8037 |
| 519681568 | + | TD Bank NA, 357 Kings Hwy N, Cherry Hill, NJ 08034-1013 |
| 519681579 | + | Terri L Beideman, 215 Nantucket Rd, Forked River, NJ 08731-5105 |
| 519681569 | + | Thomas M Iuso, 334 Pines Lake Dr E, Wayne, NJ 07470-5011 |
| 519681570 | | Trustees of Columbia University, 116th and Broadway, New York, NY 10027 |
| 519681580 | + | Vast Array Corporation, 215 Nantucket Rd, Forked River, NJ 08731-5105 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519681500 | + | Email/Text: legal@arsnational.com | Nov 17 2022 20:43:00 | ARS National Services Inc, 270 W 2nd Ave, Escondido, CA 92025-4147 |
| 519681496 | + | EDI: URSI.COM | Nov 18 2022 01:38:00 | Alltran Financial LP, 5800 N Course Dr, Houston, TX 77072-1613 |
| 519681497 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2022 20:48:12 | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681502 | + | EDI: BANKAMER2.COM | Nov 18 2022 01:38:00 | Bank of America NA, 100 N Tyron St, Charlotte, NC 28255-0001 |

| | | | | |
|---|---|---|---|---|
| 519681503 | + | EDI: TSYS2 | Nov 18 2022 01:38:00 | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681506 | + | Email/Text: cms-bk@cms-collect.com | Nov 17 2022 20:43:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 519681508 | + | EDI: CAPITALONE.COM | Nov 18 2022 01:38:00 | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681516 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2022 20:43:00 | Cavalry Portfolio Services, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681517 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2022 20:43:00 | Cavalry SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 519681518 | + | EDI: CITICORP.COM | Nov 18 2022 01:38:00 | Citibank NA, PO Box 6000, Sioux Falls, SD 57117-6000 |
| 519681519 | + | Email/Text: mediamanagers@clientservices.com | Nov 17 2022 20:42:00 | Client Services Inc, 3451 Harry S Truman Blvd, St Charles, MO 63301-9816 |
| 519681520 | + | Email/Text: ering@cbhv.com | Nov 17 2022 20:43:00 | Collection Bureau of the Hudson Valley, 155 N Plank Rd, Newburgh, NY 12550-1748 |
| 519681521 | + | EDI: COMCASTCBLCENT | Nov 18 2022 01:38:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 519681522 | + | EDI: CONVERGENT.COM | Nov 18 2022 01:38:00 | Convergent Outsourcing Inc, 800 SW 39th St Ste 100, Renton, WA 98057-4927 |
| 519681523 | + | EDI: CCS.COM | Nov 18 2022 01:38:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519681524 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 17 2022 20:48:12 | Dell Preferred Account, PO Box 81585, Austin, TX 78708 |
| 519681525 | | Email/Text: bankruptcy@dcu.org | Nov 17 2022 20:44:00 | Digital Federal Credit Union, PO Box 9130, Marlborough, MA 01752 |
| 519681526 | + | Email/Text: bknotice@ercbpo.com | Nov 17 2022 20:43:00 | Enhanced Recovery Company, 8041 Bayberry Rd, Jacksonville, FL 32256-7411 |
| 519681527 | + | Email/Text: data_processing@fin-rec.com | Nov 17 2022 20:43:00 | Financial Recovery Services Inc, 1345 Mendota Heights Rd Ste 100, Mendota Heights, MN 55120-1129 |
| 519681528 | + | Email/Text: crdept@na.firstsource.com | Nov 17 2022 20:43:00 | Firstsource Advantage LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 519681530 | | Email/Text: headwaybnc@enova.com | Nov 17 2022 20:43:00 | Headway Capital, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 519681532 | | EDI: JEFFERSONCAP.COM | Nov 18 2022 01:38:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, St Cloud, MN 56303 |
| 519681534 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2022 20:48:13 | LVNV Funding / Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 519681535 | + | Email/Text: bknotices@mbandw.com | Nov 17 2022 20:43:00 | McCarthy Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519681536 | ^ | MEBN | Nov 17 2022 20:39:50 | Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |
| 519681537 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 17 2022 20:43:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681539 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2022 20:43:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681548 | + | Email/Text: egssupportservices@alorica.com | Nov 17 2022 20:43:00 | NCO Portfolio Management, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 519681543 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | | |

Case 22-16418-KCF    Doc 24    Filed 11/19/22    Entered 11/20/22 00:15:51    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: 318 | Total Noticed: 66 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 17 2022 20:43:00 | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519681545 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 17 2022 20:43:00 | Nationwide Credit Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 519681546 | + | EDI: NFCU.COM | Nov 18 2022 01:38:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681549 | ^ | MEBN | Nov 17 2022 20:40:05 | Northstar Location Services LLC, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 519681550 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2022 20:43:00 | PNC Bank NA, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 519681552 | | EDI: PRA.COM | Nov 18 2022 01:38:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681556 | + | Email/Text: ngisupport@radiusgs.com | Nov 17 2022 20:43:00 | Radius Global Solutions LLC, 7831 Glenroy Ste 250, Edina, MN 55439-3117 |
| 519681557 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2022 20:48:13 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 519681558 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 17 2022 20:43:00 | Retrieval Masters Creditors Bureau Inc, 4 Westchester Plz Ste 100, Elmsford, NY 10523-1615 |
| 519681559 | + | Email/Text: DeftBkr@santander.us | Nov 17 2022 20:43:00 | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681493 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 17 2022 20:43:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St Ste 300, Greenwood Village, CO 80111-4720 |
| 519681563 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 17 2022 20:43:00 | Sunrise Credit Services Inc, 260 Airport Plz, Farmingdale, NY 11735-4021 |
| 519681564 | + | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681571 | + | Email/Text: BAN5620@UCBINC.COM | Nov 17 2022 20:43:00 | United Collection Bureau Inc, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519681499 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681498 | *+ | American Express, 200 Vesey St, New York, NY 10285-0002 |
| 519681573 | *+ | Apothaker Scian, PC, 520 Fellowship Rd Ste C306, Mt Laurel, NJ 08054-3410 |
| 519681504 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681505 | *+ | Barclays Bank Delaware, 100 West St, Wilmington, DE 19801-5015 |
| 519681509 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681510 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681511 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681512 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681513 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681514 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681515 | *+ | Capital One Services LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519681538 | *+ | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519681540 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681541 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681542 | *+ | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 519681544 | *+ | National Enterprise Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 519681547 | *+ | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 519681553 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |

| | | |
|---|---|---|
| 519681554 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519681560 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681561 | *+ | Santander Bank NA, 824 N Market St Ste 100, Wilmington, DE 19801-4937 |
| 519681565 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681566 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |
| 519681567 | *+ | Synchrony Bank, 170 Election Rd Ste 125, Draper, UT 84020-6425 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3