UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Maurice Wutscher, LLP
Thomas R. Dominczyk, Esq.
Attorney ID # 022611998
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822
Attorneys for Cavalry SPV I, LLC

In Re:
Benjamin Frederick Beideman

Case No.: 22-16418-KCF
Chapter: 7
Judge: Ferguson

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Cavalry SPV I, LLC___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Maurice Wutscher, LLP
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 11/29/22

/s/ Thomas R. Dominczyk
Signature

*new.8/1/15*