UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Maurice Wutscher, LLP
Thomas R. Dominczyk, Esq.
Attorney ID # 022611998
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822
Attorneys for Cavalry SPV I, LLC

In Re:

Benjamin Frederick Beideman

Case No.: 22-16418-KCF

Adv. Pro. No.: N/A

Chapter: 7

Subchapter V: ☐ Yes ☒ No

Hearing Date: 12/6/22

Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, _Thomas R. Dominczyk_,

    ☒ am the attorney for: _Cavalry SPV I, LLC_,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Debtor's motion for sanctions

    Current hearing date and time: 12/6/22 at 10:00 am

    New date requested: 12/20/22

    Reason for adjournment request: Parties have reached an agreement in principle and need additional time to finalize the terms of the settlement.

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

    Debtor's consent attached

I certify under penalty of perjury that the foregoing is true.

Date: 11/29/22                                    /s/ Thomas R. Dominczyk
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                New hearing date: 12/20/2022 at 10:00 a.m.          ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____      ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

Thomas Dominczyk <tdominczyk@mauricewutscher.com>

## Re: Cavalry SPV 1
1 message

**Benjamin Beideman** <b2020@beideman.net>  Tue, Nov 29, 2022 at 6:45 AM
To: Thomas Dominczyk <tdominczyk@mauricewutscher.com>
Cc: Alan Hochheiser <ahochheiser@mauricewutscher.com>

Hello,

This may come through as duplicative to you, Thomas, but I wanted to "Reply All" to make sure Alan was in the loop.  I missed your message about an adjournment in the thread yesterday and just found it.

I am in agreement that we request the matter be continued to December 20, so that there is sufficient time to have a signed agreement in place.

Once that has been done, please let me know.  And then when the settlement agreement is prepared, please also send that through.

Thank you for your help,
Ben

On Mon, Nov 28, 2022 at 2:56 PM Thomas Dominczyk <tdominczyk@mauricewutscher.com> wrote:
> Actually Mr. Beideman,
> If you will agree we can ask the court to continue the matter to December 20, 2022 and hopefully by then we will have a signed agreement and can then just mark the matter settled.
> Let me know if this is acceptable and I will advise the court.
> Regards
>
>
> On Mon, Nov 28, 2022 at 2:46 PM Alan Hochheiser <ahochheiser@mauricewutscher.com> wrote:
>> FOR SETTLEMENT PURPOSES ONLY
>>
