UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on December 6, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Benjamin Frederick Beideman

Case No.: 22-16418

Hearing Date: December 6, 2022

Judge: KCF

Chapter: 7

Recommended Local Form: ☑ Followed ☐ Modified

**ORDER DENYING WITHOUT PREJUDICE**
**MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER**
TO AVOID JUDICIAL LIEN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 6, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____, 20 ___ by

_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied without prejudice.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*