| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Benjamin F. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-207-3056<br>Email: b2020@beideman.net | |
| In Re:<br><br>Benjamin Frederick Beideman<br><br>Debtor | Case No.:   22-16418-KCF<br><br>Chapter:    7<br><br>Hearing Date: December 20, 2022<br><br>Judge:    Kathryn C. Ferguson |

FILED
JEANNE A. NAUGHTON, CLERK
DEC - 7 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS AND DAMAGES FOR VIOLATIONS OF 11 U.S.C. § 362(a) BY CREDITOR CAVALRY SPV I LLC

Benjamin Frederick Beideman, Debtor, hereby respectfully withdraws his "Motion for Sanctions and Damages for Violations of 11 U.S.C. § 362(a) by Creditor Cavalry SPV I LLC" *(Doc. 22)*, which was entered on the docket in this case on November 3, 2022. The parties have reached an agreement about the subject of this Motion.

Respectfully submitted,

Date: 12/6/2022

Benjamin Frederick Beideman