| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>DEC 7 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY |
| Benjamin F. Beideman<br>215 Nantucket Road<br>Forked River, NJ 08731<br>Phone: 609-207-3056<br>Email: b2020@beideman.net | |
| In Re:<br><br>Benjamin Frederick Beideman<br><br>Debtor | Case No.:    22-16418-KCF<br><br>Chapter:    7<br><br>Hearing Date:    December 20, 2022<br><br>Judge:    Kathryn C. Ferguson |

**CERTIFICATION OF SERVICE**

1. I, Benjamin Frederick Beideman, am the Debtor in this case and am representing myself.

2. On December 6, 2022, I sent a copy of the following documents to the parties listed in the chart below:

    ☒ Notice of Withdrawal of Motion for Sanctions and Damages for Violations of 11 U.S.C. § 362(a) by Creditor Cavalry SPV I LLC

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/6/2022

Benjamin Frederick Beideman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McDonnell Crowley<br>John M. McDonnell<br>115 Maple Ave Ste 201<br>Red Bank, NJ 07701 | Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Maurice Wutscher LLP<br>Thomas R. Dominczyk<br>5 Walter E. Foran Blvd Ste 2007<br>Flemington, NJ 08822 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Apothaker Scian P.C.<br>520 Fellowship Rd Ste C306<br>PO Box 5496<br>Mt. Laurel, NJ 08054-5496 | Debt Collection Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Cavalry SPV I LLC<br>1 American Ln Ste 220<br>Greenwich, CT 06831 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified Mail w/Return Receipt<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

BENJAMIN F. BEIDEMAN
215 NANTUCKET RD
FORKED RIVER NJ 08731

**USPS CERTIFIED MAIL™**



9414 8361 0426 2135 0441 71

US POSTAGE AND FEES PAID
2022-12-06
08731
C4000004
Retail
2.0 OZLTR



0901000005049

CLARKSON S. FISHER U.S. COURTHOUSE
CLERK OF THE U.S. BANKRUPTCY COURT
402 E STATE ST
TRENTON NJ 08608-1507